# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: Carolyn Homer Thomas | 2. PHONE NUMBER: 650-801-5136 | 3. DATE: 2/17/2015 |
| 4. FIRM NAME: Quinn Emanuel Urquhart & Sullivan | 5. E-MAIL ADDRESS: carolynthomas@quinnemanuel.com | |
| 6. MAILING ADDRESS: 555 Twin Dolphin Drive Floor 5 | 7. CITY: Redwood City | 8. STATE: CA  9. ZIP CODE: 94065 |
| 10. CASE NUMBER: 2:14-cv-09448-R-FFM | 11. CASE NAME: Americans for Prosperity v. Kamala Harris | 12. JUDGE: Manuel L. Real |
| 13. APPEAL CASE NUMBER: | 14. ORDER FOR: ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER | |

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 2/17/2015 | Sheri Kleeger | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Preliminary Injunction Hearing |
| | | |
| | | |
| | | |
| | | |

**16. ORDER:** IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

20. Month:         Day:         Year:
Transcript payment arrangements were made with:
NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:
Month:         Day:         Year:

**(CERTIFICATION 17 & 18)**
By signing the below, I certify that I will pay all charges (deposit plus additional).

17. DATE: 2/17/2015

18. SIGNATURE: /s/ Carolyn Homer Thomas

G-120 (09/12)