UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-14-9448-R                                          Date: FEBRUARY 17, 2015

Title:   AMERICANS FOR PROSPERITY FOUNDATION -V.- KAMALA HARRIS
=====================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | Sheri Kleeger |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

Derek I. Shaffer                                    Alexandra Robert Gordon
Jonathan Cooper                                Tamar Pachter
Harold A. Barza

PROCEEDINGS:   Plaintiff's Motion for Preliminary Injunction [15] filed 12-15-14


**Counsel submit on the papers.**

**The Court GRANTS Plaintiff's Motion for Preliminary Injunction [15], for reasons as stated on the record.**

**Plaintiff's counsel shall submit a proposed order consistent with the Court's ruling.**


cc: counsel of record

0: 12  min

MINUTES FORM 11                                              Initials of Deputy Clerk   CCH
CIVIL -- GEN