QUINN EMANUEL URQUHART & SULLIVAN LLP
Harold Barza (California Bar No. 80888)
  halbarza@quinnemanuel.com
Carolyn Thomas (California Bar No. 286441)
  carolynthomas@quinnemanuel.com
865 S Figueroa St, 10th Floor
Los Angeles, CA  90017
Telephone: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN LLP
William Burck (DC Bar No. 4015426) (*pro hac vice*)
  williamburck@quinnemanuel.com
Derek Shaffer (California Bar No. 212746)
  derekshaffer@quinnemanuel.com
Jonathan Cooper (DC Bar No. 999764) (*pro hac vice*)
  jonathancooper@quinnemanuel.com
777 Sixth Street NW, 11th Floor
Washington, DC  20001
Telephone:  (202) 538-8000

*Attorneys for Plaintiff*
*Americans for Prosperity Foundation*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>            Plaintiff,<br><br>      vs.<br><br>**KAMALA HARRIS,** in her Official Capacity as Attorney General of California,<br><br>            Defendant. | Case No.  2:14-cv-09448-R-FFM<br><br>**PLAINTIFF'S NOTICE OF LODGING OF PROPOSED ORDER GRANTING A PRELIMINARY INJUNCTION**<br><br>Hearing Date: February 17, 2015<br>Hearing Time: 10:00 AM<br>Courtroom: 8 – 2nd Floor<br>Judge: Hon. Manuel L. Real |

1   TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that pursuant to the Court's instruction (ECF No.
3   29), Americans for Prosperity Foundation hereby submits a proposed order granting
4   its motion for a preliminary injunction.

5

6   Dated:  February 17, 2015          Respectfully submitted,

7                                       QUINN EMANUEL URQUHART &
                                        SULLIVAN LLP
8

9                                       By _____
10                                         Harold Barza

11                                      *Attorneys for Plaintiff*
                                        *Americans for Prosperity Foundation*
12

13

14

15

16

17

18

19

20

21

22

23

24