1  QUINN EMANUEL URQUHART & SULLIVAN LLP
   Harold Barza (California Bar No. 80888)
2     halbarza@quinnemanuel.com
   Carolyn Thomas (California Bar No. 286441)
3     carolynthomas@quinnemanuel.com
   865 S Figueroa St, 10th Floor
4  Los Angeles, CA  90017
   Telephone: (213) 443-3000
5
   QUINN EMANUEL URQUHART & SULLIVAN LLP
6  William Burck (DC Bar No. 4015426) (*pro hac vice*)
      williamburck@quinnemanuel.com
7  Derek Shaffer (California Bar No. 212746)
      derekshaffer@quinnemanuel.com
8  Keith H. Forst (NY Bar No. 4746806) (*pro hac vice*)
      keithforst@quinnemanuel.com
9  Jonathan Cooper (DC Bar No. 999764) (*pro hac vice*)
      jonathancooper@quinnemanuel.com
10 777 Sixth Street NW, 11th Floor
   Washington, DC  20001
11 Telephone:  (202) 538-8000

12 *Attorneys for Plaintiff*
   *Americans for Prosperity Foundation*
13

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION**, <br><br>           Plaintiff, <br><br>     vs. <br><br> **KAMALA HARRIS**, <br> in her Official Capacity as Attorney General of California, <br><br>           Defendant. | Case No.  2:14-cv-09448-R-FFM <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL REGARDING DEFENDANT'S PRIVILEGE LOG** <br><br> Hearing Date:  February 1, 2016 <br> Hearing Time:  10:00 AM <br> Courtroom:  8 – 2nd Floor <br> Judge:  Hon. Manuel L. Real <br><br> Discovery Cutoff:  January 4, 2016 <br> Pretrial Conf.:  January 25, 2016 <br> Trial Date:  February 23, 2016 <br> Action Filed:  December 9, 2014 |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 1, 2016 at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 8 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California, Plaintiff Americans for Prosperity Foundation ("Foundation") will and hereby does move to compel the production of discovery documents from Defendant.

This motion is based on the Notice of Motion and Motion, the accompanying Joint Stipulation, the pleadings and papers on file in this action, the arguments of counsel, and any matters upon which the Court may or must take judicial notice. This motion is made following a conference of counsel pursuant to Local Rule 37-1, which took place on November 12, 2015, and the exchange of numerous emails. The Foundation hereby certifies that Plaintiff conferred in good faith with Defendant in an effort to obtain the discovery at issue without court action.

Dated: December 31, 2015

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By_____
Derek Shaffer

*Attorneys for Plaintiff*
*Americans for Prosperity Foundation*