UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-14-9448-R                                              Date: FEBRUARY 1, 2016

Title:   AMERICANS FOR PROSPERITY FOUNDATION - V.- KAMALA HARRIS
================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | Sheri Kleeger |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Derek Shaffer                                           Alexandra Robert Gordon
Keith H. Forst                                          Tamar Pachter
                                                        Emmanuelle Sara Soichet

PROCEEDINGS:   1) Plaintiff's Motion to Compel Discovery Re: Defendant's Privilege Assertions [86] filed 12-31-16
2) Defendant Kamala Harris' Motion for Reconsideration of the Court's Order on Defendant's Motion to Compel Discovery, Order Discovery Responses, and Continuing Pretrial and Trial Dates; Or, In the Alternative, Vacating Pretrial and Trial Dates Pending the Issuance of the Mandate [98] filed 1-6-16

**Case called.  Appearances made.**

**Counsel submit on the papers.**

**The Court DENIES both Plaintiff's Motion to Compel Discovery (Dckt No. 86) and Defendant's Motion for Reconsideration of the Court's Order (Dckt No. 98), for the reasons as stated on the record.**

**Counsel for both plaintiff and defendant shall, respective to each parties' motion, submit an order consistent with the Court's ruling.**

cc: counsel of record

0:13 min

MINUTES FORM 11                                         Initials of Deputy Clerk ___cch___
CIVIL -- GEN