QUINN EMANUEL URQUHART & SULLIVAN LLP
Harold Barza (California Bar No. 80888)
    halbarza@quinnemanuel.com
Carolyn Thomas (California Bar No. 286441)
    carolynthomas@quinnemanuel.com
865 S Figueroa St, 10th Floor
Los Angeles, CA  90017
Telephone: (213) 443-3000

QUINN EMANUEL URQUHART & SULLIVAN LLP
William Burck (DC Bar No. 4015426) (*pro hac vice*)
    williamburck@quinnemanuel.com
Derek Shaffer (California Bar No. 212746)
    derekshaffer@quinnemanuel.com
Keith Forst (NY Bar No. 4746806) (*pro hac vice*)
    keithforst@quinnemanuel.com
Jonathan Cooper (DC Bar No. 999764) (*pro hac vice*)
    jonathancooper@quinnemanuel.com
777 Sixth Street NW, 11th Floor
Washington, DC  20001
Telephone:  (202) 538-8000

*Attorneys for Plaintiff*
*Americans for Prosperity Foundation*

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
#### WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>         Plaintiff,<br><br>    vs.<br><br>**KAMALA HARRIS,**<br>in her Official Capacity as Attorney General of California,<br><br>         Defendant. | Case No.   2:14-cv-09448-R-FFM<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO SUBMIT DIRECT TESTIMONY OF WITNESSES IN WRITTEN FORM**<br><br>Courtroom:   8 – 2nd Floor<br>Judge:   Hon. Manuel L. Real<br><br>Trial Date:   February 23, 2016<br>Action Filed:   December 9, 2014 |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on _____, 2016 at 10:00 a.m., or as soon thereafter as this matter may be heard or decided, Plaintiff Americans for Prosperity Foundation ("Foundation") will and hereby does respectfully move the Court to order the parties to submit direct testimony of non-hostile witnesses in written form, subject to (brief) supplementation through live direct testimony, followed by cross-examination and any redirect.  The Foundation respectfully further moves the Court to order the parties to provide opposing counsel with a copy of the written direct for a particular witness at least 24 hours before that witness is called to testify at trial.

This motion is based on the Notice of Motion and Motion, the accompanying Memorandum, the pleadings and papers on file in this action, the arguments of counsel, and any matters upon which the Court may or must take judicial notice. This motion is made following discussion between counsel pursuant to L.R. 7-3 that began on January 28, 2016 and concluded this morning.  The Attorney General indicates that she opposes the instant request and will file a response no later than tomorrow, February 18, 2016.

Dated:   February 17, 2016         Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By_____
Derek Shaffer

*Attorneys for Plaintiff*
*Americans for Prosperity Foundation*