1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>      Plaintiff,<br><br>   vs.<br><br>**KAMALA HARRIS,**<br>in her Official Capacity as<br>Attorney General of California,<br><br>      Defendant. | Case No. 2:14-cv-09448-R-FFM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBMIT DIRECT TESTIMONY OF WITNESSES IN WRITTEN FORM**<br><br>Courtroom:  8 – 2nd Floor<br>Judge:  Hon. Manuel L. Real<br><br>Trial Date:  February 23, 2016<br>Action Filed:  December 9, 2014 |

This matter is before the Court on Plaintiff's Motion to Submit Direct Testimony of Witnesses in Written Form. Having considered the motion and opposition papers:

**THE MOTION IS HEREBY GRANTED.** Parties are ordered to submit direct testimony of non-hostile witnesses in written form, subject to brief supplementation through live direct testimony, followed by cross-examination and any redirect. Such written, direct testimony shall be adopted by the witness orally in open court, unless such requirement is waived. Parties are ordered to provide opposing counsel with a copy of the written direct for a particular witness at least 24 hours before that witness is called to testify at trial.

**SO ORDERED.**

DATED: _____, 2016

By_____

Hon. Manuel L. Real
United States District Judge

– 1 –
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBMIT DIRECT TESTIMONY IN WRITTEN FORM