UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  CV-14-9448-R                                              Date: FEBRUARY 16, 2016

Title:    AMERICANS FOR PROSPERITY FOUNDATION -V.- KAMALA HARRIS
===================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | Sandra MacNeil |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

| Derek I. Shaffer | Alexandra Robert Gordon |
| Eric C. Lyttle | Tamar Pachter |
| Keith H. Forst | Jose A. Zelidon-Zepeda |
| William Burck | Kevin A. Calia |

PROCEEDINGS:

   1)  Defendant's Motion in Limine No. 1 to Exclude Evidence Regarding Purported Donor and Potential Donor Threats and Fears [117] filed 2-2-16

   2) Defendant's Motion in Limine No. 2 to Exclude Evidence Not Proposed in Discovery [118] filed 2-2-16

   3)  Defendant's Motion in Limine No. 3 to Exclude Testimony by Dr. Paul Schervish [119] filed 2-2-16

   4)  Plaintiff's Motion in Limine No. 1 to Exclude Evidence of the Attorney General's Investigative Uses of Schedule B [121] filed 2-2-16

   5)  Plaintiff's Motion in Limine No. 2 to Exclude Evidence of Proposed Rulemaking [122] filed 2-2-16

   6)  Plaintiff's Motion in Limine No. 3 to Exclude Evidence Regarding the Foundation's or Americans for Prosperity's Purportedly Political Activities [123] filed 2-2-16

**Case called.  Appearances made.**

**Court hears counsel's arguments.  Court and counsel confer.**

**The Court DENIES the following motions for the reasons as stated on the record:  Defendant's Motion in Limine No. 1 (Dckt No. 117), Defendant's Motion in Limine No. 2 (Dckt No. 118), Defendant's Motion in Limine No. 3 (Dckt No. 119), and Plaintiff's Motion in Limine No. 1 (Dckt No. 121).  The Court GRANTS Plaintiff's Motion in Limine No. 2 (Dckt No. 122) and Plaintiff's Motion in Limine No. 3 (Dckt No. 123) for the reasons as stated on the record.**

MINUTES FORM 11                                                      0:07 min____
CIVIL -- GEN                                          Initials of Deputy Clerk ___CCH