QUINN EMANUEL URQUHART & SULLIVAN LLP
Harold Barza (California Bar No. 80888)
  halbarza@quinnemanuel.com
Carolyn Thomas (California Bar No. 286441)
  carolynthomas@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone: (213) 443-3000

QUINN EMANUEL URQUHART & SULLIVAN LLP
William Burck (DC Bar No. 4015426) (*pro hac vice*)
  williamburck@quinnemanuel.com
Derek Shaffer (California Bar No. 212746)
  derekshaffer@quinnemanuel.com
Keith Forst (NY Bar No. 4746806) (*pro hac vice*)
  keithforst@quinnemanuel.com
Jonathan Cooper (DC Bar No. 999764) (*pro hac vice*)
  jonathancooper@quinnemanuel.com
777 Sixth Street NW, 11th Floor
Washington, DC  20001
Telephone:   (202) 538-8000

*Attorneys for Plaintiff*
*Americans for Prosperity Foundation*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION**, <br><br> Plaintiff, <br><br> v. <br><br> **KAMALA HARRIS**, <br> in her Official Capacity as Attorney General of California, <br><br> Defendant. | Case No.  2:14-cv-09448-R-FFM <br><br> **NOTICE OF LODGING OF PLAINTIFF'S DEPOSITION DESIGNATIONS** <br><br> Trial Date:  February 23, 2016 <br><br> Courtroom:  8 – 2nd Floor <br> Judge:  Hon. Manuel L. Real <br><br> Action Filed:  December 9, 2014 |

# NOTICE OF LODGING OF PLAINTIFF'S DEPOSITION DESIGNATIONS

Please take notice that pursuant to L.R. 37-1 and 16-2.7 of the Central District of California, Plaintiff Americans for Prosperity Foundation lodges with the Court physical copies of the following depositions, which are marked in yellow with Plaintiff's designations, in green with Defendant's counter-designations, and annotated with any objections.

1. Deposition Transcript of Susan Allen (Dec. 29, 2015)
2. Deposition Transcript of Steven Bauman (Oct. 29, 2015)
3. Deposition Transcript of Jami Cantore (Jan. 21, 2016)
4. Deposition Transcript of David Eller (Jan. 4, 2016)
5. Deposition Transcript of Kevis Foley (Nov. 3, 2015)
6. Deposition Transcript of Chris Harryman (Dec. 15, 2015)
7. Deposition Transcript of Tania Ibanez (Jan. 6, 2016)
8. Deposition Transcript of Belinda Johns (Dec. 11, 2015)
9. Deposition Transcript of Robert Ralls (Jan. 19, 2016)

An index to these designations is filed concurrently herewith, as **Exhibit A.**

Dated: February 23, 2016

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By _____
Derek Shaffer

*Attorneys for Plaintiff*
*Americans for Prosperity Foundation*

# Exhibit A

Plaintiff's Deposition Designations            Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Susan Allen | 69:4-12 | | |
| | 69:22-70:2 | | |
| | 70:10-12 | | |
| | 72:8-14 | | |
| | 72:17-73:2 | | 73:3-8 |
| | 73:9-11 | | |
| | 73:13-20 | | |
| | 73:23-75:13 | | |
| | 75:19-76:20 | | 76:21-25 |
| | 77:1-79:23 | | 79:24-80:8 |
| | | | 82:2-16 |
| | | | 83:7-12 |
| | | | 83:23-84:6 |
| | 84:24-85:3 | | 85:12-21 |
| | | | 86:14-17 |
| | | | 87:12-19 |
| | | | 88:9-12 |
| | 89:10-92:16 | | |
| | 93:4-11 | | |
| | 93:14-25 | | |
| | 94:5-6 | | |
| | 94:9-95:24 | | |
| | 96:7-22 | | |
| | 97:13-98:13 | | 98:14-16 |
| | | | 98:20-23 |
| | 99:1-12 | | 100:15-19 |
| | 101:8-103:2 | | 103:3-6 |
| | 103:7-13 | | |
| | 103:24-104:21 | | |
| | 105:1-14 | | |
| | 105:21-106:6 | | |
| | 106:22-108:12 | | |
| | 109:2-111:23 | | |
| | 112:2-113:24 | | |
| | 114:5-115:12 | | |
| | 116:4-6 | | |
| | 116:10-119:6 | | 119:7-12 |
| | 120:4-21 | | 120:22-121:4 |
| | 121:10-123:13 | | |
| | 123:17-124:5 | | |
| | 124:22-125:2 | | 125:3-6 |

Plaintiff's Deposition Designations       Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Susan Allen | | | 125:15-18 |
| | | | 127:7-13 |
| | | | 128:3-10 |
| | 128:21-129:9 | | |
| | 129:11-22 | | 130:1-4 |
| | 130:12-23 | | 130:24-131:6 |
| | 131:16-21 | | |
| | 133:10-136:12 | | |
| | 136:14-137:7 | | |
| | 137:17-138:24 | | |
| | 139:13-140:6 | | 140:9-10 |
| | 140:11-13 | | 141:7-11 |
| | 141:16-24 | | 141:25-142:3 |
| | 142:5-144:20 | | |
| | 145:9-146:7 | | |
| | 146:10 | | |
| | 146:17-149:10 | | |
| | 150:2-151:5 | | 151:6-11 |
| | 151:12-152:13 | | |
| | 153:2-4 | | |
| | 153:7-156:3 | | 156:25-157:2 |
| | 157:3-20 | | |
| | 157:23-25 | | 158:1-19 |
| | 158:20-159:12 | | |
| | 159:15-160:5 | | |
| | 160:8-162:8 | | |
| | 162:11-164:18 | | |
| | 164:21-166:19 | | 167:16-168:4 |
| | 168:5-169:7 | | 169:8-13 |
| | | | 169:23-170:1 |
| | 174:7-178:6 | | |
| Steven Bauman | 8:14-15 | | |
| | 10:1-4 | | |
| | 10:8-11:2 | | |
| | 11:5-17 | | |
| | 12:7-17 | | |
| | 13:7-11 | | |
| | 13:13-22 | | |
| | 21:1-23:13 | | |
| | 24:2-25 | | 25:5-12 |

3

Plaintiff's Deposition Designations                Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Steven Bauman | 25:13-27:7 | | |
| | 28:16-19 | | |
| | 28:23-29:4 | | 29:5-9 |
| | 29:10-20 | | |
| | 29:25-30:1 | | |
| | 30:5-8 | | |
| | 30:10-31:19 | | 31:20-24 |
| | 33:20-23 | | |
| | 34:4-35:9 | | |
| | 35:14-36:14 | | |
| | 36:18-25 | | 37:1-7 |
| | 37:22-38:10 | | |
| | 40:23-41-16 | | |
| | 41:20-42:3 | | |
| | 43:9-45:1 | | 45:5-13 |
| | 45:14-20 | | |
| | 45:25-46:9 | | |
| | 46:12-16 | | |
| | 46:18-47:11 | | 47:12-14 |
| | 47:15 | | 47:17-23 |
| | | | 48:1-3 |
| | 48:6-9 | | |
| | 48:11-18 | | |
| | 48:21-24 | | |
| | 49:2-24 | | |
| | 50:2-51:6 | | |
| | 51:17-54:11 | | |
| | 54:25-57:1 | | 57:2-3 |
| | 58:3-9 | | |
| | 58:12-59:4 | | |
| | 59:6-61:1 | | |
| | 61:4 | | |
| | 61:6-62:19 | | |
| | 62:22-68:8 | | |
| | 69:13-22 | | 69:23-70:13 |
| | 70:13-18 | | |
| | 71:5-72:7 | | 72:8-18 |
| | 72:24-25 | | |
| | 73:3-23 | | 76:17-77:2 |
| | 77:3-20 | | 77:22-25 |
| | 78:1-80:25 | | |

Plaintiff's Deposition Designations          Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Steven Bauman | 81:3-15 | | |
| | 81:18-84:6 | | |
| | 84:9 | | |
| | 84:11-86:3 | | |
| | 86:6-87:7 | | |
| | 87:10-11 | | |
| | 87:13-16 | | |
| | 87:20-89:22 | | |
| | 90:2-92:5 | | |
| | 92:21-93:19 | | 93:20-94:9 |
| | 94:25-95:22 | | 95:23-96:4 |
| | | | 96:8-11 |
| | 96:13-97:13 | | |
| | 97:18-99:19 | | |
| | 101:20-106:7 | | 106:23-107:8 |
| | 107:9-110:8 | | |
| | 110:12 | | |
| | 110:14-111:4 | | 111:5-17 |
| | 111:18-113:3 | | |
| | 113:10-114:2 | | |
| | 114:7-116:14 | | |
| | 116:19-22 | | |
| | 116:25-118:8 | | |
| | 118:11-119:24 | | |
| | 120:2-121:20 | | |
| | 122:24-123:12 | | 123:23-124:4 |
| | 124:5-127:22 | | |
| | 128:21-129:3 | | |
| | 129:14-130:8 | | |
| | 131:5-132:13 | | |
| | 132:16-134:23 | | |
| | 135:17-137:21 | | |
| | 137:24 | | |
| | 138:2-139:11 | | |
| | 139:15-141:16 | | 141:17-25 |
| | | | 142:7-11 |
| | 142:12-19 | | |
| | 144:13-24 | | |
| | 145:11-146:6 | | |
| | 146:9-19 | | 146:20-22 |
| | 146:23-147:4 | | |

Plaintiff's Deposition Designations            Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Steven Bauman | 147:9-148:9 | | |
| | 150:17-151:24 | | 153:22-154:17 |
| | | | 154:20-23 |
| | | | 154:25-155:9 |
| | 155:10-21 | | |
| | 156:2-160:9 | | |
| | 160:17-161:25 | | |
| | 162:4-163:24 | | 163:25 |
| | 164:16-167:11 | | |
| | 167:14-15 | | |
| | 168:1-9 | | |
| | 168:12-15 | | |
| | 168:22-24 | | |
| | 169:3-8 | | |
| | 169:10-171:17 | | |
| | 171:20-172:17 | | |
| | 174:25-176:15 | | |
| | 176:22-180:2 | | 180:3 |
| | | | 180:5-8 |
| | 181:21-185:20 | | |
| | 185:23-187:14 | | 187:15-188:10 |
| | 192:6-25 | | 193:1-5 |
| | 193:22-202:24 | | |
| | 203:1-208:25 | | |
| | 209:3-8 | | |
| | 209:11-12 | | |
| | 209:14-210:8 | | |
| | 210:11-217:20 | | |
| | 217:24-222:22 | | |
| | 222:25-236:22 | | |
| | 237:10-249:4 | | |
| | 249:13-22 | | |
| | 250:5-10 | | |
| | 251:22-253:4 | | |
| | | | |
| Jami Cantore | 7:3-4 | | |
| | 12:8-16 | | |
| | 13:3-12 | | |
| | 14:6-15:3 | | |
| | 17:12-16 | | |
| | 18:7-20:9 | | 20:10-21:1 |

6

Plaintiff's Deposition Designations         Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Jami Cantore | 21:2-17 | | 21:18-21 |
| | 52:9-18 | | |
| | 52:24-54:20 | | |
| | 56:19-57:11 | | |
| | 57:18-60:17 | | |
| | 61:3-8 | | 61:9-11 |
| | | | 61:14-62:1 |
| | 62:10-22 | | |
| | 62:25-66:17 | | |
| | 66:20-68:4 | | |
| | 68:7-23 | | |
| | 69:3-17 | | 69:18-70:14 |
| | | | 70:17-18 |
| | | | 70:20-22 |
| | 71:14-72:15 | | |
| | 73:5-20 | | |
| | 75:4-10 | | 75:11-14 |
| | 76:22-77:20 | | 77:21-78:1 |
| | 79:18-80:21 | | |
| | 80:25-84:11 | | |
| | 84:15-16 | | 84:18-22 |
| | 85:6-86:2 | | |
| | 88:6-90:1 | | 90:19-23 |
| | | | 91:1-9 |
| | | | 91:19-94:4 |
| | 94:5-11 | | |
| | 94:14-95:5 | | |
| | 96:24-98:7 | | |
| | 112:3-7 | | |
| | 112:15-113:2 | | |
| | 114:20-23 | | |
| | 116:2-118:4 | | |
| | 119:4-122:3 | | |
| | 122:7-12 | | |
| | 127:12-15 | | |
| | 128:5-18 | | |
| | 135:17-136:2 | | 136:3-13 |
| | 136:14-138:3 | | |
| | | | 145:3-10 |
| | 145:11-13 | | |
| | 246:22-247:10 | | |

Plaintiff's Deposition Designations          Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Jami Cantore | 264:17-21 | | |
| | | | 265:25-267:22 |
| | | | |
| David Eller | 5:7-13 | | |
| | 11:11-20 | | |
| | 39:25-40:12 | | |
| | 40:16-41:2 | | |
| | 41:16-42:2 | | |
| | 42:20-47:8 | | |
| | 47:11-48:12 | | |
| | 49:3-50:13 | | |
| | 54:3-55:1 | | |
| | 55:15-56:19 | | |
| | 59:17-60:3 | | |
| | 61:9-62:6 | | |
| | 62:10-63:12 | | |
| | 64:7-17 | | |
| | 75:19-77:6 | | |
| | 78:7-79:9 | | |
| | 80:1-84:6 | | |
| | 84:9-85:6 | | |
| | 85:22-88:7 | | |
| | 88:16-91:15 | | |
| | 95:10-99:1 | | |
| | 100:20-101:25 | | |
| | 103:6-105:1 | | |
| | 105:3-107:22 | | |
| | 110:20-112:12 | | |
| | 115:14-116:7 | | |
| | 124:13-19 | | |
| | 126:13-129:4 | | |
| | 136:5-138:17 | | |
| | 140:25-141:14 | | |
| | 141:18-143:24 | | |
| | 144:4-146:9 | | |
| | 146:12-18 | | |
| | 146:20-147:5 | | |
| | 147:11-148:11 | | |
| | 150:6-19 | | |
| | 150:21-153:24 | | |
| | 154:23-156:17 | | |

Plaintiff's Deposition Designations             Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| David Eller | 157:1-9 | | |
| | 161:12-163:11 | | |
| | 163:14-164:1 | | |
| | 164:3-165:4 | | |
| | 166:2-167:12 | | |
| | 169:1-8 | | |
| | 170:1-18 | | |
| | 173:8-178:7 | | |
| | 179:9-11 | | |
| | 179:15-19 | | |
| | 181:15-19 | | |
| | 182:3-183:2 | | |
| | 184:4-11 | | |
| | 185:10-186:17 | | |
| | 186:20-189:22 | | |
| | 191:15-193:7 | | |
| | 194:15-195:14 | | |
| | 195:17-197:14 | | |
| | 200:3-14 | | |
| | 200:16-202:5 | | |
| | 202:7-19 | | |
| | 202:21-204:8 | | |
| | 204:13-25 | | |
| | 205:2-6 | | |
| | 205:9-207:12 | | |
| | 207:15-208:25 | | |
| | 214:14-19 | | |
| | 214:21-215:1 | | |
| | 215:3-6 | | |
| | 215:8-10 | | |
| | 215:12-24 | | |
| | 216:1-219:20 | | |
| | 219:25-220:9 | | |
| | 220:12-221:3 | | |
| | 223:6-224:2 | | |
| | 224:5-225:25 | | |
| | 226:3-227:22 | | |
| | 228:1-22 | | |
| | 230:3-23 | | |
| | | | |
| Kevis Foley | 14:15-17 | | |

Plaintiff's Deposition Designations       Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
| --- | --- | --- | --- |
| Kevis Foley | 18:4-18 | | |
| | 21:5-18 | | |
| | 23:18-24:12 | | |
| | 24:22-25 | | |
| | 25:18-24 | | 25:25-27:17 |
| | 27:18-28:24 | | |
| | 29:11-31:14 | | |
| | 33:4-19 | | |
| | 33:23-35:12 | | |
| | 35:17-36:13 | | |
| | 36:16-37:18 | | |
| | 38:2-20 | | |
| | 39:4-9 | | |
| | 40:5-42:22 | | 43:8-15 |
| | 43:18-24 | | |
| | 44:16-19 | | |
| | 44:24-45:18 | | |
| | 46:3-19 | | 46:20-47:2 |
| | | | 48:1-5 |
| | 48:6-16 | | |
| | 48:20-49:19 | | |
| | 51:4-11 | | |
| | 51:13-52:2 | | |
| | 52:5-53:13 | | 53:14-18 |
| | 53:22-55:1 | | |
| | 55:13-56:2 | | 56:13-57:7 |
| | 57:8-58:3 | | |
| | 58:15-59:8 | | |
| | 59:16-61:10 | | |
| | 61:14-62:15 | | |
| | 63:22-64:2 | | |
| | 64:11-14 | | |
| | 64:17-65:10 | | 65:11-15 |
| | 67:4-68:6 | | 68:7-22 |
| | 69:4-70:13 | | |
| | 70:20-71:9 | | |
| | 71:12-72:4 | | |
| | 72:12-21 | | 72:22-74:16 |
| | 75:5-76:16 | | |
| | 76:19-24 | | |
| | 78:16-82:8 | | |

10

Plaintiff's Deposition Designations              Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Kevis Foley | 82:14-83:18 | | |
| | 83:21-23 | | |
| | 84:18-85:20 | | |
| | 85:23-86:1 | | |
| | 86:8-92:1 | | 92:2-93:22 |
| | 93:23-94:25 | | 95:1-3 |
| | 95:4-97:5 | | |
| | 98:4-100:13 | | |
| | 105:1-20 | | |
| | 107:18-109:17 | | |
| | 110:8-13 | | |
| | 111:4-112:24 | | 112:25-113:5 |
| | 113:14-114:3 | | 114:4-9 |
| | 114:10-22 | | 114:23-115:6 |
| | 115:7-116:1 | | |
| | 116:19-118:19 | | |
| | 120:2-123:1 | | |
| | 124:3-7 | | |
| | 127:2-18 | | |
| | 128:1-133:22 | | 133:23-134:5 |
| | 136:6-137:8 | | |
| | 138:12-140:9 | | 140:10-16 |
| | 140:17-144:11 | | |
| | 144:14-145:3 | | 146:6-19 |
| | 149:23-150:9 | | |
| | 150:24-153:24 | | 153:25-154:20 |
| | 155:5-156:3 | | |
| | 156:9-23 | | |
| | 157:1-22 | | |
| | 158:6-159:9 | | |
| | 160:13 | | |
| | 160:16-162:3 | | |
| | 162:12-163:25 | | 164:1-9 |
| | 166:7-16 | | |
| | 167:8-14 | | |
| | 168:3-170:8 | | |
| | 170:18-171:25 | | |
| | 173:19-174:3 | | |
| | 174:8-178:7 | | |
| | 178:23-179:22 | | |
| | 180:2-193:7 | | |

Plaintiff's Deposition Designations        Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Kevis Foley | 193:9-195:6 | | |
| | 195:14-196:16 | | |
| | 197:1-200:18 | | 201:11-22 |
| | 201:23-202:2 | | 202:3-14 |
| | 203:5-207:21 | | |
| | 207:25-211:22 | | |
| | 212:2-216:20 | | |
| | 217:6-219:22 | | |
| | 220:3-25 | | 221:1-8 |
| | 221:15-25 | | |
| | 222:7-21 | | 222:22-23 |
| | 222:24-223:13 | | 223:14-224:9 |
| | 224:10-24 | | |
| | 225:10-227:12 | | 227:13-14 |
| | 227:15-17 | | |
| Chris Harryman | 10:15-25 | | |
| | 11:4-7 | | |
| | 11:25-12:17 | | |
| | 13:9-24 | | |
| | 15:21-16:17 | | |
| | 22:13-23:23 | | |
| | 25:21-26:11 | | |
| | 26:18-27:10 | | |
| | 28:16-29:11 | | 29:17-32:5 |
| | 32:6-19 | | 33:4-10 |
| | 33:11-34:3 | | |
| | 34:12-35:13 | | |
| | 36:1-9 | | 39:3-40:14 |
| | 40:21-42:2 | | |
| | 48:10-49:1 | | |
| | 53:20-56:8 | | |
| | 56:24-57:25 | | |
| | 58:6-59:17 | | |
| | 60:21-61:19 | | 61:22-25 |
| | 62:11-64:5 | | |
| | 64:14-65:24 | | |
| | 66:14-67:9 | | |
| | 67:17-68:4 | | 68:5-69:1 |
| | 69:12-18 | | |
| | 70:2-19 | | 71:4-20 |

Plaintiff's Deposition Designations          Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Chris Harryman | 71:21-72:7 | | 72:19-23 |
| | 73:11-22 | | |
| | 74:8-77:10 | | 77:24-78:7 |
| | 78:12-79:20 | | |
| | 80:2-81:12 | | |
| | 81:21-83:15 | | |
| | 84:5-24 | | |
| | 86:13-90:24 | | 90:25-91:8 |
| | | | 91:17-23 |
| | 91:24-95:12 | | 95:13-96:5 |
| | 96:7-97:25 | | |
| | 98:7-100:3 | | |
| | 101:1-104:16 | | |
| | 104:21-109:14 | | 109:15-18 |
| | 109:19-110:19 | | |
| | 111:4-112:24 | | |
| | 113:8-114:4 | | |
| | 114:22-117:20 | | 117:21-118:9 |
| | 119:4-18 | | |
| | 120:10-121:16 | | 121:17-24 |
| | 126:18-127:12 | | |
| | 127:17-128:10 | | 128:11-19 |
| | 128:20-23 | | |
| | 129:2-131:13 | | 131:14-18 |
| | 132:8-133:6 | | |
| | 134:7-137:8 | | |
| | 137:19-142:9 | | |
| | 142:15-18 | | |
| | 145:1-24 | | 146:1 |
| | 146:23-147:8 | | |
| | 147:15-22 | | |
| | 148:2-16 | | |
| | 148:23-149:2 | | |
| | 149:9-12 | | |
| | 149:20-154:1 | | |
| | 154:22-155:16 | | 155:17-156:5 |
| | 156:6-16 | | |
| | 156:25-158:11 | | |
| | 158:19-159:7 | | |
| | 161:9-25 | | |
| | 164:10-15 | | |

Plaintiff's Deposition Designations     Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Chris Harryman | 164:18-165:7 | | 165:8-10 |
| | | | 168:9-169:1 |
| | 169:2-18 | | |
| | 171:4-22 | | |
| | 172:2-174:17 | | |
| | 174:20-21 | | |
| | 176:20-177:4 | | 177:5-8 |
| | 177:9-178:24 | | |
| | 179:4-12 | | 179:13-15 |
| | 179:21-182:22 | | |
| | 183:15-184:8 | | |
| | 184:20-185:4 | | |
| | 185:15-23 | | |
| | 186:12-189:17 | | |
| | 190:19-191:20 | | |
| | 192:1-193:8 | | 193:9-19 |
| | 193:24-194:3 | | |
| | 194:9-195:23 | | |
| | 197:2-198:7 | | |
| | 198:9-199:3 | | |
| | 199:11-200:9 | | |
| | 204:10-205:13 | | 207:8-208:8 |
| | 209:17-211:13 | | 211:20-212:4 |
| | 212:21-214:9 | | |
| | 214:19-215:11 | | |
| | 215:22-216:2 | | |
| | 216:14-217:5 | | |
| | 217:11-21 | | |
| | 217:24-218:5 | | 218:6-12 |
| | 218:13-220:6 | | |
| | 220:15-221:24 | | |
| | 222:12-14 | | |
| | 223:13-224:16 | | |
| | 224:20-225:6 | | |
| | 225:8-226:8 | | |
| | 226:20-229:10 | | |
| | 229:12-231:25 | | |
| | 232:4-233:14 | | |
| | 234:10-236:20 | | |
| | 237:13-20 | | |
| | 238:16-239:1 | | |

Plaintiff's Deposition Designations                Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Chris Harryman | 240:10-241:18 | | 241:19-24 |
| | 241:25-245:11 | | |
| | 245:13-248:9 | | 248:10-23 |
| | 248:24-251:14 | | |
| | 252:1-3 | | 252:4-8 |
| | 252:9-254:14 | | 254:15-20 |
| | | | 256:7-257:21 |
| | 257:25-258:23 | | |
| | 259:4-9 | | |
| Tania Ibanez | 7:6-13 | | |
| | 11:14-22 | | |
| | 13:21-17:17 | | |
| | 20:18-22:1 | | 22:2-18 |
| | 23:10-24:7 | | |
| | 24:11-24 | | 25:19-26:14 |
| | 26:24-27:17 | | |
| | 27:21-28:17 | | |
| | 28:24-29:10 | | |
| | 29:14-24 | | |
| | 30:2-5 | | |
| | 30:7-32:15 | | 32:16-33:3 |
| | 33:4-34:2 | | |
| | 34:12-35:25 | | |
| | 36:3-12 | | |
| | 36:14-20 | | 37:3-14 |
| | 37:15-20 | | |
| | 38:20-40:23 | | 40:24-41:9 |
| | 41:25-44:11 | | |
| | 44:24-45:5 | | |
| | 45:15-22 | | |
| | 45:25-46:6 | | |
| | 46:8-48:10 | | 48:11-24 |
| | 48:25-49:2 | | 49:2-3 |
| | 49:5-7 | | |
| | 49:9-52:9 | | 52:10-20 |
| | 52:21-53:4 | | |
| | 53:10-55:20 | | |
| | 55:24-56:3 | | |
| | 56:21-57:8 | | |
| | 57:13-58:12 | | |

15

Plaintiff's Deposition Designations            Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Tania Ibanez | 61:23-62:9 | | 62:10-17 |
| | 62:18-63:6 | | 63:7-16 |
| | 64:1-9 | | |
| | 65:4-66:6 | | |
| | 66:16-25 | | 66:7-15 |
| | 67:3-19 | | |
| | 67:21-68:7 | | |
| | 68:10-13 | | 68:8-9 |
| | 68:15-72:4 | | 72:5-6 |
| | 72:7-21 | | |
| | 73:14-74:14 | | |
| | 76:4-24 | | |
| | 77:2-78:20 | | 79:6-19 |
| | 79:20-82:6 | | |
| | 82:22-84:7 | | |
| | 84:15-85:25 | | |
| | 86:10-87:14 | | |
| | 89:2-9 | | 89:10-12 |
| | 89:13-91:4 | | 91:5-9 |
| | 91:13-93:9 | | 93:10-11 |
| | 93:12-17 | | |
| | 93:19-23 | | |
| | 94:7-95:2 | | |
| | 95:18-22 | | 96:1 |
| | 96:3-7 | | 96:8 |
| | 96:9-10 | | |
| | 96:12-98:3 | | |
| | 98:5-6 | | |
| | 98:8-99:24 | | |
| | 100:12-103:17 | | 103:18-25 |
| | 104:6-106:23 | | |
| | 107:4-12 | | 107:13-15 |
| | 107:16-20 | | |
| | 107:22-108:6 | | |
| | 111:23-113:5 | | 113:6-18 |
| | 117:7-118:6 | | |
| | 121:1-3 | | |
| | 121:8-122:17 | | |
| | 122:20-124:4 | | |
| | 124:10-11 | | 124:12-13 |
| | 124:14-18 | | |

Plaintiff's Deposition Designations                Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Tania Ibanez | 124:20-125:6 | | 125:7-8 |
| | 125:9-15 | | |
| | 125:21-126:8 | | |
| | 128:3-23 | | |
| | 129:9-130:13 | | 130:14-22 |
| | 132:15-17 | | 132:18-20 |
| | 132:21-133:16 | | |
| | 133:19-21 | | |
| | 136:4-137:21 | | 137:22-24 |
| | 137:25-138:12 | | |
| | 138:16-18 | | |
| | 138:22-139:20 | | |
| | 139:23-25 | | |
| | 140:2-141:7 | | |
| | 141:15-143:7 | | |
| | 147:16-148:10 | | |
| | 156:7-159:1 | | 159:2-3 |
| | 159:4-5 | | |
| | 159:7-10 | | |
| | 159:21-23 | | |
| | 160:2-6 | | 160:7-9 |
| | 160:12-24 | | 161:5-10 |
| | 161:11-14 | | |
| | 161:20-162:22 | | |
| | 163:2-163:25 | | 164:1-9 |
| | 166:11-17 | Should be excluded per Judge Real's ruling on PMIL regarding proposed rulemaking | |
| | 166:21-168:11 | | |
| | 168:19-175:15 | | |
| | 175:25-176:2 | | |
| | 176:8-18 | | |
| | 177:11-179:15 | | |
| | 179:21-25 | | |
| | 180:3-17 | | |
| | 180:19-20 | | |
| | 180:22-182:2 | | |
| | 182:9-183:2 | | |