KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
EMMANUELLE S. SOICHET
Deputy Attorney General
State Bar No. 290754
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (415) 703-5974
 Fax: (415) 703-1234
 E-mail: Emmanuelle.Soichet@doj.ca.gov
*Attorneys for Defendant Attorney General
Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**KAMALA HARRIS, in her Official Capacity as Attorney General of the State of California,**<br><br>　　　　　　　　　　Defendant. | 2:14-CV-09448<br><br>**NOTICE OF LODGING OF DEFENDANT'S DEPOSITION DESIGNATIONS**<br><br>Courtroom:　8<br>Judge:　　　The Honorable Manuel L. Real<br>Trial Date:　2/23/2016<br>Action Filed: 12/9/2014 |

1

## NOTICE OF LODGING OF DEFENDANT'S DEPOSITION DESIGNATIONS

Please take notice that pursuant to L.R. 37-1 and 16-2.7 of the Central District of California, Defendant Attorney General Kamala D. Harris lodges with the Court physical copies of the following depositions, which are marked in yellow with the Attorney General's designations, in green with the Foundation's counter-designations, in magenta with the Attorney General's counter-counter-designations, and annotated with any objections.

1. Deposition Transcript of David Spady (Dec. 11, 2015)
2. Deposition Transcript of Robert Heaton (Dec. 17, 2015)
3. Deposition Transcript of Victor Bernson (Dec. 18, 2015)
4. Deposition Transcript of Tim Phillips (Dec. 22, 2015)

An index to these designations is filed concurrently herewith, as Exhibit A.

Dated: February 23, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

/s/ Emmanuelle S. Soichet
EMMANUELLE S. SOICHET
Deputy Attorney General
*Attorneys for Defendant Attorney General Kamala D. Harris*

SA2014119809