1   KAMALA D. HARRIS
    Attorney General of California
2   TAMAR PACHTER
    Supervising Deputy Attorney General
3   EMMANUELLE S. SOICHET
    Deputy Attorney General
4   State Bar No. 290754
     455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA 94102-7004
     Telephone: (415) 703-5974
6     Fax: (415) 703-1234
     E-mail: Emmanuelle.Soichet@doj.ca.gov
7   *Attorneys for Defendant Attorney General*
    *Kamala D. Harris*

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11

12

13   **AMERICANS FOR PROSPERITY**          2:14-CV-09448
     **FOUNDATION,**
14                                         **NOTICE OF LODGING OF**
                              Plaintiff,   **EXHIBIT A TO DEFENDANT'S**
15                                         **DEPOSITION DESIGNATIONS**
            v.
16                                         Courtroom:  8
                                           Judge:      The Honorable Manuel
17   **KAMALA HARRIS, in her Official**                L. Real
     **Capacity as Attorney General of the**  Trial Date: 2/23/2016
18   **State of California,**               Action Filed: 12/9/2014

19                             Defendant.

20

21

22

23

24

25

26

27

28

                                   1

**NOTICE OF LODGING OF EXHIBIT A TO DEFENDANT'S DEPOSITION DESIGNATIONS**

Please take notice that pursuant to L.R. 37-1 and 16-2.7 of the Central District of California, Defendant Attorney General Kamala D. Harris lodges with the Court physical copies of the following depositions, which are marked in yellow with the Attorney General's designations, in green with the Foundation's counter-designations, in magenta with the Attorney General's counter-counter-designations, and annotated with any objections.

1. Deposition Transcript of David Spady (Dec. 11, 2015)

2. Deposition Transcript of Robert Heaton (Dec. 17, 2015)

3. Deposition Transcript of Victor Bernson (Dec. 18, 2015)

4. Deposition Transcript of Tim Phillips (Dec. 22, 2015)

An index to these designations is filed concurrently herewith, as Exhibit A.

Dated: February 23, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

/s/ Emmanuelle S. Soichet
EMMANUELLE S. SOICHET
Deputy Attorney General
*Attorneys for Defendant Attorney General Kamala D. Harris*

SA2014119809

# Exhibit A

Defendant's Deposition Designations          Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|------|------|------|------|------|
| David Spady | | | 6:12-17 | |
| | | | 10:25-11:2 | 11:3-9 |
| | | | 14:6-14 | 28:9-11 |
| | 30:1-20 | | 30:21-24 | 30:25-31:4 |
| | | | 36:13-25 | |
| | 37:1-38:10 | | 38:11-23 | 38:24-39:2 |
| | | | 39:20-40:6 | |
| | 42:2-10 | | 42:11-43:2 | |
| | | | 48:3-4 | |
| | | | 48:7-14 | |
| | | | 48:17-49:1 | |
| | | | 49:3-9 | |
| | 49:10-20 | | 49:21-50:24 | |
| | | | 52:7-11 | |
| | | | 55:12-15 | |
| | | | 55:18-56:8 | |
| | 57:1-24 | | | 57:25-58:5 |
| | 58:9-25 | | 59:20-60:6 | 60:7-14 |
| | | | 61:13-62:6 | |
| | 66:20-68:1 | | 68:2-69:8 | 69:9 |
| | | | 69:10-70:11 | |
| | | | 71:10-72:4 | 72:5-8 |
| | | | 72:16-73:7 | 73:8-11 |

Defendant's Deposition Designations          Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|------|-------------------------------------------|------------|------------------------------------------------------|--------------------------------------------------------------|
| David Spady | | | | 73:14 |
| | | | 73:15-74:6 | |
| | 74:21-75:4 | | | 76:5-12 |
| | | | | 76:14-77:2 |
| | | | 77:7-15 | 78:5-11 |
| | | | | 78:14-79:2 |
| | | | 81:23-82:7 | |
| | | | 82:18-83:1 | |
| | 83:2-14 | | | 83:15-22 |
| | 84:2-7 | | | |
| | 84:10-12 | | | |
| | 84:15-24 | | 84:25-85:2 | |
| | | | 85:5-9 | |
| | | | 85:12-25 | |
| | 86:1-18 | | 86:18-24 | 86:25-87:24 |
| | 89:7-23 | | | 90:13-91:12 |
| | | | 91:21-92:10 | |
| | | | 92:18-24 | 93:7-24 |
| | | | | 95:8-9 |
| | | | | 95:11-17 |
| | | | 96:1-15 | |
| | | | 99:19-21 | |
| | | | 99:24-100:1 | 100:2-4 |
| | 100:19-101:2 | | | |

2

Defendant's Deposition Designations          Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|---|---|---|---|---|
| David Spady | 101:11-25 | | 102:1-24 | |
| | | | 103:6-20 | |
| | | | 108:15-109:2 | |
| | | | 109:5-25 | |
| | | | 111:25-112:12 | 115:8-11 |
| | 125:4-14 | | 125:15-23 | |
| | | | 126:2-8 | 126:9-11 |
| | | | 126:12-127:25 | |
| | | | 128:5-129:9 | |
| | | | 130:15-25 | |
| | 131:1-132:4 | | 132:5-20 | |
| | 132:21-25 | | 133:1-11 | 133:12-14 |
| | 133:20-25 | | 134:1-5 | |
| | | | 134:7-16 | 134:17-24 |
| | | | 135:3-18 | |
| | 135:19-136:11 | | 136:12-138:16 | 138:19-23 |
| | 139:5-7 | | 139:17-140:4 | |
| | 140:5-21 | | | |
| | 141:6-14 | | 141:15-25 | |
| | 142:1-11 | | 142:12-18 | 166:6-167:2 |
| | | | | 170:18-24 |
| | | | | 171:16-18 |
| | | | | 171:22-172:17 |
| | | | 173:19-174:4 | |

Defendant's Deposition Designations          Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|---|---|---|---|---|
| David Spady | | | 176:11-177:12 | |
| | 177:13-15 | | | 177:16 |
| | | | | 177:19 |
| | | | | |
| Robert Heaton | | | 4:24-5:3 | |
| | | | 18:2-8 | |
| | 18:9-20 | | | |
| | 18:22-19:23 | | 19:24-20:10 | |
| | 20:11-23 | | | |
| | 22:12-23:3 | | | |
| | 23:6-8 | | | |
| | 23:10-20 | | 23:21-24:5 | |
| | | | 24:9-14 | |
| | | | 24:17-22 | |
| | | | 25:3-5 | |
| | | | 25:8 | |
| | | | 25:10-26:3 | |
| | 26:13-16 | | | |
| | 26:19-20 | | | |
| | 26:22-23 | | | |
| | 27:2 | | 27:4-6 | |
| | | | 27:10 | |
| | | | 27:12-28:1 | |
| | | | 29:7-10 | |

4

Defendant's Deposition Designations                Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|------|------|------|------|------|
| Robert Heaton | | | 29:13 | |
| | | | 29:16-30:1 | |
| | | | 30:4-8 | |
| | | | 30:10-14 | |
| | | | 30:17 | |
| | | | 30:19-31:8 | |
| | | | 31:10-14 | |
| | | | 31:16-19 | |
| | | | 32:1-14 | |
| | | | 32:18-21 | |
| | | | 34:9-13 | |
| | | | 34:17-18 | |
| | 34:20-35:1 | | 35:2-3 | |
| | | | 35:5-6 | |
| | 35:8-10 | | | |
| | 35:14-21 | | 35:22-36:5 | |
| | | | 36:8 | |
| | | | 36:10-21 | |
| | | | 36:25 | |
| | | | 37:2-23 | |
| | 41:11-16 | | | |
| | 41:19-24 | | | |
| | 45:2-5 | | | |
| | 45:8-46:2 | | 46:3-13 | |

5

Defendant's Deposition Designations          Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|---|---|---|---|---|
| Robert Heaton | | | 47:2-12 | |
| | 47:21-48:6 | | 48:7-10 | |
| | | | 48:13-49:2 | |
| | | | 49:4-17 | |
| | | | 49:19-50:6 | |
| | 50:21-51:11 | | 51:12-20 | |
| | 54:18-55:3 | | 64:21-65:9 | |
| | 82:18-83:9 | | 84:1-10 | |
| | 84:25-85:2 | | | |
| | 85:5 | | | |
| | 85:7-21 | | | |
| | 85:25-86:8 | | | |
| | 86:10-19 | | | |
| | 86:21 | | | |
| | 86:23-24 | | 86:25-87:2 | |
| | | | 87:4-15 | |
| | 87:17-21 | | | |
| | 87:24-88:7 | | | |
| | 88:9-12 | | | |
| | 88:16-21 | | | |
| | 90:18-91:1 | | | |
| | 91:13-18 | | | |
| | 91:21-24 | | | |
| | 92:19-93:3 | | 93:4-5 | |

6

Defendant's Deposition Designations                Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|---|---|---|---|---|
| Robert Heaton | | | 93:9 | |
| | | | 93:11-12 | |
| | | | 93:14 | |
| | | | 93:16-18 | |
| | | | 93:20 | |
| | 98:21-99:2 | | | |
| | 106:19-107:3 | | 107:4-8 | |
| | | | 107:12 | |
| | | | 107:14-16 | |
| | 110:25-111:2 | | 111:3-6 | |
| | 111:7-13 | | | |
| | 111:17-25 | | | |
| | 112:2-9 | | 112:10-11 | |
| | 113:24-114:1 | | | |
| | 114:4 | | | |
| | 114:6-10 | | | |
| | 114:19-20 | | | |
| | 114:23-115:3 | | 115:7-9 | |
| | | | 115:16-20 | |
| | 115:22-116:14 | | 116:17-117:6 | |
| | | | 117:13-16 | |
| | 117:23-118:9 | | 118:10-12 | |
| | | | 118:16-18 | |
| | 118:20-23 | | | |

7

Defendant's Deposition Designations          Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|---|---|---|---|---|
| Robert Heaton | 119:1-4 | | | |
| | 119:6-14 | | | |
| | 120:8-121:4 | | 121:19-122:7 | |
| | | | 130:10-21 | |
| | | | 130:25-131:3 | |
| | 131:9-10 | | | |
| | 131:13 | | | |
| | 131:15-22 | | | |
| | 132:4-12 | | 134:12-24 | |
| | 134:25-135:18 | | 135:19-136:4 | |
| | 136:10-25 | | 137:1-14 | |
| | | | 137:18-138:5 | |
| | 150:12-151:3 | | 151:10-152:4 | |
| | 152:5 | | | |
| | 152:8-9 | | | |
| | 152:11-15 | | | |
| | 152:17-18 | | 152:24-153:4 | |
| | | | 153:8-22 | |
| | 153:24-154:1 | | | |
| | 154:4-7 | | | |
| | 154:9-16 | | | |
| | 154:18 | | | |
| | 154:20-24 | | | |
| | 163:22-164:2 | | | |

Defendant's Deposition Designations          Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|---|---|---|---|---|
| Robert Heaton | 164:6-8 | | | |
| | 181:20-22 | | | |
| | 181:24-25 | | | |
| | 182:2-7 | | 182:8-20 | |
| | | | 182:22-24 | |
| | 187:12-188:7 | | | |
| | 188:11 | | | |
| | 188:13-16 | | 188:17-21 | |
| | 188:22-25 | | 189:1-6 | |
| | | | 190:11-191:4 | |
| | 192:24-193:4 | | | |
| | 196:12-16 | | 196:17-18 | |
| | | | 196:22-24 | |
| | | | 197:1-2 | |
| | | | 197:6-8 | |
| | | | 198:10-11 | |
| | | | 198:13-25 | |
| | | | 199:2-3 | |
| | | | 199:8-10 | |
| | | | 199:12 | |
| | | | 199:14-21 | |
| | | | 199:23-25 | |
| | 200:1-2 | | | |
| | 200:6-8 | | | |

9

Defendant's Deposition Designations          Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|---|---|---|---|---|
| Robert Heaton | 200:10-18 | | | |
| | 200:21 | | | |
| | 200:24-201:2 | | 202:9-13 | |
| | | | 202:15 | |
| | | | 203:3-11 | |
| | 204:24-206:6 | | 206:7-15 | |
| | | | 206:17-19 | |
| | | | 206:21-207:1 | |
| | | | 207:5 | |
| | | | 207:7-16 | |
| | | | 208:2-5 | |
| | | | 208:9-11 | |
| | 208:13-15 | | | |
| | 208:18 | | | |
| | 208:20-209:5 | | 209:6-18 | |
| | | | 210:20-23 | |
| | | | 211:3-7 | |
| | | | 211:9-12 | |
| | | | 211:19-22 | |
| | | | 212:2-3 | |
| | 214:9-17 | | | |
| | 223:15-224:4 | | 224:5-19 | |
| | | | 224:25-226:5 | |
| | | | 226:8-10 | |

10

Defendant's Deposition Designations                    Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|------|-------------------------------------------|------------|------------------------------------------------------|--------------------------------------------------------------|
| Robert Heaton | | | 232:1-3 | |
| | | | 232:7-19 | |
| | | | 232:21-233:7 | |
| | | | 234:8-17 | |
| | | | 234:19-25 | |
| | | | 235:2-18 | |
| | 242:15-243:13 | | | |
| | 244:1-5 | | | |
| | 244:8-13 | | | |
| | 248:17-249:14 | | | |
| | 249:17-250:11 | | | |
| | 250:14-251:1 | | 251:2-9 | |
| | 251:10-255:16 | | 255:17-256:10 | |
| | | | 256:12 | |
| | | | 256:14-17 | |
| | | | 257:17-258:1 | |
| | 258:2-16 | | 258:17-21 | |
| | 258:22-259:10 | | 259:11-18 | |
| | | | 260:20-261:4 | |
| | 261:5-22 | | | |
| | | | | |
| Victor Bernson | 14:24-15:12 | | | |
| | 22:6-8 | | | |
| | 22:11-23:16 | | | |

Defendant's Deposition Designations        Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|---|---|---|---|---|
| Victor Bernson | | | 24:12-18 | |
| | | | 30:18-21 | |
| | 36:9-12 | | | |
| | 37:18-40:22 | | 40:23-41:11 | |
| | 41:12-18 | | | |
| | 44:19-21 | | 44:22-23 | |
| | 44:24 | | | |
| | 45:1-6 | | | |
| | 45:18-19 | | | |
| | 45:21-23 | | | |
| | 45:25 | | | |
| | 46:2-3 | | | |
| | 46:8-14 | | 46:15 | |
| | 46:16-19 | | | |
| | 46:21-47:3 | | 47:4 | |
| | 47:5-6 | | | |
| | 47:8-11 | | 47:19-21 | |
| | | | 48:2-5 | |
| | | | 48:13-19 | |
| | | | 57:7-13 | |
| | 57:14-58:13 | | | |
| | 59:6-15 | | 59:16-20 | |
| | 60:24-61:1 | | | |
| | 61:5 | | | |

12

Defendant's Deposition Designations                 Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|------|------|------|------|------|
| Victor Bernson | 61:7-10 | | 61:11-16 | |
| | 61:18-23 | | | |
| | 63:10-13 | | | |
| | 63:17 | | 63:19-22 | |
| | | | 64:1-2 | |
| | | | 64:4-5 | |
| | | | 64:7 | |
| | | | 65:2-6 | |
| | 69:15-18 | | | |
| | 69:23-70:8 | | | |
| | 85:12-87:20 | | 87:21-88:2 | |
| | 88:4-14 | | 88:15-16 | |
| | 88:17-20 | | | |
| | 88:22-89:2 | | 89:3-10 | |
| | 89:11-90:24 | | 90:25-91:7 | |
| | 91:8-92:9 | | | |
| | 92:12-93:22 | | 100:4-6 | |
| | 100:7-10 | | | |
| | 100:13-14 | | 100:16-22 | |
| | 107:18-108:1 | | | |
| | 108:5-16 | | | |
| | 108:19-109:17 | | | |
| | 109:19 | | | |
| | 109:21-25 | | | |

13

Defendant's Deposition Designations          Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|---|---|---|---|---|
| Victor Bernson | 110:4-5 | | | |
| | 110:7-14 | | | |
| | 110:16 | | | |
| | 110:18-25 | | | |
| | 111:3 | | | |
| | 111:5-112:11 | | | |
| | 112:14-113:1 | | 114:9-13 | |
| | | | 114:18 | |
| | | | 114:20-25 | |
| | | | 115:10-13 | |
| | 121:10-15 | | | |
| | 121:24-25 | | 122:1-11 | |
| | | | 122:14-15 | |
| | | | 122:17-123:7 | |
| | | | 123:10 | |
| | | | 123:12-13 | |
| | | | 123:16 | |
| | | | 123:18-124:6 | |
| | 124:7-125:19 | | | |
| | 138:7-15 | | | |
| | 140:21-22 | | | |
| | 140:25 | | | |
| | 141:2 | | | |
| | 141:6 | | | |

14

Defendant's Deposition Designations             Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|---|---|---|---|---|
| Victor Bernson | 141:14-15 | | | |
| | 141:17 | | | |
| | 146:4-18 | | 149:19-22 | |
| | | | 149:25 | |
| | | | | |
| Tim Phillips | 8:15-20 | | | |
| | 9:5-9 | | | |
| | 20:3-23:17 | | | |
| | 25:6-17 | | | |
| | 26:2-20 | | | |
| | 31:22-32:16 | | | |
| | 35:3-19 | | | |
| | 40:20-41:6 | | | |
| | 42:18-25 | | | |
| | 51:10-54:10 | | | |
| | 55:9-15 | | | |
| | 56:10-17 | | | |
| | 57:4-59:6 | | | |
| | 71:21-73:7 | | | |
| | 74:14-22 | | | |
| | 75:10-21 | | | |
| | 76:21-77:2 | | | |
| | 77:14-16 | | | |
| | 79:22-80:12 | | | |

Defendant's Deposition Designations          Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|------|--------------------------------------------|------------|-----------------------------------------------------|--------------------------------------------------------------|
| Tim Phillips | 80:22-86:10 | | | |
| | 86:23-88:22 | | | |
| | 88:25-89:4 | | | |
| | 89:24-93:11 | | | |
| | 99:17-100:7 | | | |
| | 111:2-112:2 | | | |
| | 112:5-119:7 | | | |
| | 119:12-120:19 | | | |
| | 124:5-126:10 | | | |
| | 126:23-131:19 | | | |
| | 132:12-135:15 | | | |
| | 137:23-139:2 | | | |
| | 139:6-9 | | | |
| | 139:23-140:16 | | | |
| | 143:18-146:15 | | | |
| | 157:22-159:24 | | | |
| | 162:4-19 | | | |
| | 163:18-165:14 | | | |
| | 166:10-169:10 | | | |
| | 169:20-22 | | | |
| | 173:23-174:11 | | | |
| | 176:14-177:15 | | | |
| | 178:23-179:23 | | | |
| | 180:18-24 | | | |

Defendant's Deposition Designations          Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|------|---|---|---|---|
| Tim Phillips | 181:11-23 | | | |
| | 182:22-183:2 | | | |
| | 183:6-13 | | | |
| | 185:10-21 | | | |
| | 192:2-203:3 | | | |
| | 204:17-206:12 | | | |
| | 207:9-25 | | | |
| | 212:23-214:5 | | | |
| | 215:25-225:25 | | | |
| | 227:11-17 | | | |
| | 227:23-228:3 | | | |
| | 228:11-230:20 | | | |
| | 231:6-19 | | | |
| | 232:10-241:9 | | | |
| | 241:14-245:7 | | | |
| | 245:21-250:10 | | | |
| | 251:3-252:5 | | | |
| | 252:13-260:25 | | | |
| | 261:9-264:9 | | | |
| | 264:12-266:7 | | | |
| | 266:16-267:16 | | | |
| | 269:8-272:14 | | | |
| | 275:6-278:25 | | | |
| | 280:22-283:25 | | | |

Defendant's Deposition Designations                 Case No. 2:14:CV-09448-R-FFM

| Name | Defendant Designated Deposition Testimony | Objections | Plaintiff's Counter-Designated Deposition Testimony | Defendant's Counter-Counter-Designated Deposition Testimony |
|---|---|---|---|---|
| Tim Phillips | 285:25-286:22 | | | |
| | 287:3-8 | | | |
| | 287:15-291:3 | | | |
| | 291:14-294:23 | | | |
| | 296:17-298:25 | | | |
| | 300:11-303:13 | | | |
| | 304:15-310:14 | | | |
| | 310:20-313:23 | | | |
| | 314:9-318:12 | | | |
| | 318:25-325:7 | | | |
| | 325:16-327:12 | | | |
| | 328:17-332:5 | | | |
| | 334:8-335:7 | | | |
| | 336:24-337:2 | | | |
| | 337:4-341:25 | | | |
| | 353:12-354:3 | | | |
| | 363:9-364:2 | | | |
| | 364:7-11 | | | |

18