# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. CV-14-9448-R | Date February 23, 2016 |
| Title: Americans for Prosperity Foundation -V.- Kamala Harris | |

Present: The Honorable  MANUEL L. REAL, UNITED STATES DISTRICT JUDGE

| Christine Chung | Shayna Montgomery / Carol Zurborg |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Derek I. Shaffer | Alexandra Robert Gordon |
| Eric C. Lyttle | Tamar Pachter |
| Keith H. Forst | Emmanuelle Sarah Soichet |
| William Burck | Jose A. Zelidon-Zepeda |
| | Kevin A. Calia |

___1st___ Day Court Trial   _____ Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

X  Opening statements made by   Derek Shaffer for Plaintiff; Alexandra Robert Gordon for Defendant

X  Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.

___ Plaintiff(s) rest.   ___ Defendant(s) rest.

___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.

___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.

___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.

___ Jury polled.   ___ Polling waived.

___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.

___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).

___ Case submitted.   ___ Briefs to be filed by _____

___ Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.

___ Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.

___ Motion for Judgment/Directed Verdict by _____ is   ___ granted.   ___ denied.   ___ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

X  Case continued to   February 24, 2016 at 9:00 A.M.   for further trial/further jury deliberation.

X  Other:   Witnesses: Lucas Hilgemann; Mark Holden; Christopher Fink; Teresa Oelke

                                                                                          4  :  15

                                                        Initials of Deputy Clerk   cch