QUINN EMANUEL URQUHART & SULLIVAN LLP
Harold Barza (California Bar No. 80888)
    halbarza@quinnemanuel.com
Carolyn Thomas (California Bar No. 286441)
    carolynthomas@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone: (213) 443-3000

QUINN EMANUEL URQUHART & SULLIVAN LLP
William Burck (DC Bar No. 4015426) (*pro hac vice*)
    williamburck@quinnemanuel.com
Derek Shaffer (California Bar No. 212746)
    derekshaffer@quinnemanuel.com
Keith Forst (NY Bar No. 4746806) (*pro hac vice*)
    keithforst@quinnemanuel.com
Jonathan Cooper (DC Bar No. 999764) (*pro hac vice*)
    jonathancooper@quinnemanuel.com
777 Sixth Street NW, 11th Floor
Washington, DC  20001
Telephone:   (202) 538-8000

*Attorneys for Plaintiff*
*Americans for Prosperity Foundation*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>Plaintiff,<br><br>v.<br><br>**KAMALA HARRIS,**<br>in her Official Capacity as<br>Attorney General of California,<br><br>Defendant. | Case No.  2:14-cv-09448-R-FFM<br><br>**NOTICE OF LODGING OF PLAINTIFF'S DEPOSITION DESIGNATIONS**<br><br>Trial Date:  February 23, 2016<br><br>Courtroom:  8 – 2nd Floor<br>Judge:  Hon. Manuel L. Real<br><br>Action Filed:  December 9, 2014 |

**NOTICE OF LODGING  OF PLAINTIFF'S DEPOSITION DESIGNATIONS**

Please take notice that pursuant to L.R. 37-1 and 16-2.7 of the Central District of California, Plaintiff Americans for Prosperity Foundation hereby lodges with the Court, at the end of its affirmative case, physical copies of the following depositions.   These deposition copies are marked in yellow with Plaintiff's designations, in green with Defendant's counter-designations, and annotated with any objections.

1.  Deposition Transcript of Susan Allen (Dec. 29, 2015)

2.  Deposition Transcript of Steven Bauman (Oct. 29, 2015)

3.  Deposition Transcript of Jami Cantore (Jan. 21, 2016)

4.  Deposition Transcript of David Eller (Jan. 4, 2016)

5.  Deposition Transcript of Kevis Foley (Nov. 3, 2015)

6.  Deposition Transcript of Chris Harryman (Dec. 15, 2015)

7.  Deposition Transcript of Tania Ibanez (Jan. 6, 2016)

8.  Deposition Transcript of Belinda Johns (Dec. 11, 2015)

9.  Deposition Transcript of Robert Ralls (Jan. 19, 2016)

Plaintiff submitted a prior index of designations on February 23, 2016, but is now updating and superseding that prior index.  The new index to these designations is filed concurrently herewith, as **Exhibit A.**

Dated:  February 24, 2016

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN LLP

By _____
Derek Shaffer

*Attorneys for Plaintiff*
*Americans for Prosperity Foundation*

# EXHIBIT A

Plaintiff's Deposition Designations          Case No. 2:14-cv-09448-R-FFM

### *Americans for Prosperity Foundation v. Kamala Harris*
### Plaintiff's Index of Deposition Designations

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|------|------|------|------|
| | | | |
| Susan Allen | 8:6-11 | | |
| | 9:4-7 | | |
| | 10:16-21 | | |
| | 14:19-17:8 | | |
| | 17:25-18:17 | | |
| | 19:8-12 | | |
| | 19:18-22 | | |
| | 20:13-21 | | |
| | 22:13-23:25 | | |
| | 24:6-9 | | |
| | 24:12-27:12 | | |
| | 28:11-29:5 | | |
| | 31:18-33:21 | | |
| | 34:11-36:13 | | |
| | 36:24-37:9 | | |
| | 37:23-38:4 | | 38:5-18 |
| | 39:15-16 | | |
| | 39:21-40:7 | | |
| | 40:10-45:24 | | |
| | 46:5-9 | | |
| | 46:24-47:21 | | 47:22-24 |
| | 47:25-48:24 | | |
| | 49:19-50:17 | | |
| | 50:21-53:20 | | 53:22-54:2 |
| | 54:3-55:20 | | |
| | 56:1-6 | | |
| | 57:1-19 | | |
| | 58:15-59:11 | | 59:16-20 |
| | 59:23-25 | | |
| | 60:12-18 | | |
| | 61:5-18 | | 61:19-63:10 |
| | 64:8-65:25 | | |
| | 66:5-67:14 | | |
| | 67:19-68:19 | | 68:20-69:3 |

1

Plaintiff's Deposition Designations        Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Susan Allen | 69:4-12 | | |
| | 69:22-70:2 | | |
| | 70:10-12 | | |
| | 72:8-14 | | |
| | 72:17-73:2 | | 73:3-8 |
| | 73:9-11 | | |
| | 73:13-20 | | |
| | 73:23-75:13 | | |
| | 75:19-76:20 | | 76:21-25 |
| | 77:1-79:23 | | 79:24-80:8 |
| | | | 82:2-16 |
| | | | 83:7-12 |
| | | | 83:23-84:6 |
| | 84:24-85:3 | | 85:12-21 |
| | | | 86:14-17 |
| | | | 87:12-19 |
| | | | 88:9-12 |
| | 89:10-92:16 | | |
| | 93:4-11 | | |
| | 93:14-25 | | |
| | 94:5-6 | | |
| | 94:9-95:24 | | |
| | 96:7-22 | | |
| | 97:13-98:13 | | 98:14-16 |
| | | | 98:20-23 |
| | 99:1-12 | | 100:15-19 |
| | 101:8-103:2 | | 103:3-6 |
| | 103:7-13 | | |
| | 103:24-104:21 | | |
| | 105:1-14 | | |
| | 105:21-106:6 | | |
| | 106:22-108:12 | | |
| | 109:2-111:23 | | |
| | 112:2-113:24 | | |
| | 114:5-115:12 | | |
| | 116:4-6 | | |
| | 116:10-119:6 | | 119:7-12 |
| | 120:4-21 | | 120:22-121:4 |
| | 121:10-123:13 | | |
| | 123:17-124:5 | | |
| | 124:22-125:2 | | 125:3-6 |

Plaintiff's Deposition Designations          Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Susan Allen | | | 125:15-18 |
| | | | 127:7-13 |
| | | | 128:3-10 |
| | 128:21-129:9 | | |
| | 129:11-22 | | 130:1-4 |
| | 130:12-23 | | 130:24-131:6 |
| | 131:16-21 | | |
| | 133:10-136:12 | | |
| | 136:14-137:7 | | |
| | 137:17-138:24 | | |
| | 139:13-140:6 | | 140:9-10 |
| | 140:11-13 | | 141:7-11 |
| | 141:16-24 | | 141:25-142:3 |
| | 142:5-144:20 | | |
| | 145:9-146:7 | | |
| | 146:10 | | |
| | 146:17-149:10 | | |
| | 150:2-151:5 | | 151:6-11 |
| | 151:12-152:13 | | |
| | 153:2-4 | | |
| | 153:7-156:3 | | 156:25-157:2 |
| | 157:3-20 | | |
| | 157:23-25 | | 158:1-19 |
| | 158:20-159:12 | | |
| | 159:15-160:5 | | |
| | 160:8-162:8 | | |
| | 162:11-164:18 | | |
| | 164:21-166:19 | | 167:16-168:4 |
| | 168:5-169:7 | | 169:8-13 |
| | | | 169:23-170:1 |
| | 174:7-178:6 | | |
| | | | |
| Steven Bauman | 8:14-15 | | |
| | 10:1-4 | | |
| | 10:8-11:2 | | |
| | 11:5-17 | | |
| | 12:7-17 | | |
| | 13:7-11 | | |
| | 13:13-22 | | |
| | 21:1-23:13 | | |
| | 24:2-25 | | 25:5-12 |

Plaintiff's Deposition Designations         Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Steven Bauman | 25:13-27:7 | | |
| | 28:16-19 | | |
| | 28:23-29:4 | | 29:5-9 |
| | 29:10-20 | | |
| | 29:25-30:1 | | |
| | 30:5-8 | | |
| | 30:10-31:19 | | 31:20-24 |
| | 33:20-23 | | |
| | 34:4-35:9 | | |
| | 35:14-36:14 | | |
| | 36:18-25 | | 37:1-7 |
| | 37:22-38:10 | | |
| | 40:23-41-16 | | |
| | 41:20-42:3 | | |
| | 43:9-45:1 | | 45:5-13 |
| | 45:14-20 | | |
| | 45:25-46:9 | | |
| | 46:12-16 | | |
| | 46:18-47:11 | | 47:12-14 |
| | 47:15 | | 47:17-23 |
| | | | 48:1-3 |
| | 48:6-9 | | |
| | 48:11-18 | | |
| | 48:21-24 | | |
| | 49:2-24 | | |
| | 50:2-51:6 | | |
| | 51:17-54:11 | | |
| | 54:25-57:1 | | 57:2-3 |
| | 58:3-9 | | |
| | 58:12-59:4 | | |
| | 59:6-61:1 | | |
| | 61:4 | | |
| | 61:6-62:19 | | |
| | 62:22-68:8 | | |
| | 69:13-22 | | 69:23-70:13 |
| | 70:13-18 | | |
| | 71:5-72:7 | | 72:8-18 |
| | 72:24-25 | | |
| | 73:3-23 | | 76:17-77:2 |
| | 77:3-20 | | 77:22-25 |
| | 78:1-80:25 | | |

Plaintiff's Deposition Designations         Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Steven Bauman | 81:3-15 | | |
| | 81:18-84:6 | | |
| | 84:9 | | |
| | 84:11-86:3 | | |
| | 86:6-87:7 | | |
| | 87:10-11 | | |
| | 87:13-16 | | |
| | 87:20-89:22 | | |
| | 90:2-92:5 | | |
| | 92:21-93:19 | | 93:20-94:9 |
| | 94:25-95:22 | | 95:23-96:4 |
| | | | 96:8-11 |
| | 96:13-97:13 | | |
| | 97:18-99:19 | | |
| | 101:20-106:7 | | 106:23-107:8 |
| | 107:9-110:8 | | |
| | 110:12 | | |
| | 110:14-111:4 | | 111:5-17 |
| | 111:18-113:3 | | |
| | 113:10-114:2 | | |
| | 114:7-116:14 | | |
| | 116:19-22 | | |
| | 116:25-118:8 | | |
| | 118:11-119:24 | | |
| | 120:2-121:20 | | |
| | 122:24-123:12 | | 123:23-124:4 |
| | 124:5-127:22 | | |
| | 128:21-129:3 | | |
| | 129:14-130:8 | | |
| | 131:5-132:13 | | |
| | 132:16-134:23 | | |
| | 135:17-137:21 | | |
| | 137:24 | | |
| | 138:2-139:11 | | |
| | 139:15-141:16 | | 141:17-25 |
| | | | 142:7-11 |
| | 142:12-19 | | |
| | 144:13-24 | | |
| | 145:11-146:6 | | |
| | 146:9-19 | | 146:20-22 |
| | 146:23-147:4 | | |

Plaintiff's Deposition Designations          Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Steven Bauman | 147:9-148:9 | | |
| | 150:17-151:24 | | 153:22-154:17 |
| | | | 154:20-23 |
| | | | 154:25-155:9 |
| | 155:10-21 | | |
| | 156:2-160:9 | | |
| | 160:17-161:25 | | |
| | 162:4-163:24 | | 163:25 |
| | 164:16-167:11 | | |
| | 167:14-15 | | |
| | 168:1-9 | | |
| | 168:12-15 | | |
| | 168:22-24 | | |
| | 169:3-8 | | |
| | 169:10-171:17 | | |
| | 171:20-172:17 | | |
| | 174:25-176:15 | | |
| | 176:22-180:2 | | 180:3 |
| | | | 180:5-8 |
| | 181:21-185:20 | | |
| | 185:23-187:14 | | 187:15-188:10 |
| | 192:6-25 | | 193:1-5 |
| | 193:22-202:24 | | |
| | 203:1-208:25 | | |
| | 209:3-8 | | |
| | 209:11-12 | | |
| | 209:14-210:8 | | |
| | 210:11-217:20 | | |
| | 217:24-222:22 | | |
| | 222:25-236:22 | | |
| | 237:10-249:4 | | |
| | 249:13-22 | | |
| | 250:5-10 | | |
| | 251:22-253:4 | | |
| | | | |
| Jami Cantore | 7:3-4 | | |
| | 12:8-16 | | |
| | 13:3-12 | | |
| | 14:6-15:3 | | |
| | 17:12-16 | | |
| | 18:7-20:9 | | 20:10-21:1 |

Plaintiff's Deposition Designations        Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|------|-------------------------------------------|------------|------------------------------------------------------|
| Jami Cantore | 21:2-17 | | 21:18-21 |
| | 52:9-18 | | |
| | 52:24-54:20 | | |
| | 56:19-57:11 | | |
| | 57:18-60:17 | | |
| | 61:3-8 | | 61:9-11 |
| | | | 61:14-62:1 |
| | 62:10-22 | | |
| | 62:25-66:17 | | |
| | 66:20-68:4 | | |
| | 68:7-23 | | |
| | 69:3-17 | | 69:18-70:14 |
| | | | 70:17-18 |
| | | | 70:20-22 |
| | 71:14-72:15 | | |
| | 73:5-20 | | |
| | 75:4-10 | | 75:11-14 |
| | 76:22-77:20 | | 77:21-78:1 |
| | 79:18-80:21 | | |
| | 80:25-84:11 | | |
| | 84:15-16 | | 84:18-22 |
| | 85:6-86:2 | | |
| | 88:6-90:1 | | 90:19-23 |
| | | | 91:1-9 |
| | | | 91:19-94:4 |
| | 94:5-11 | | |
| | 94:14-95:5 | | |
| | 96:24-98:7 | | |
| | 112:3-7 | | |
| | 112:15-113:2 | | |
| | 114:20-23 | | |
| | 116:2-118:4 | | |
| | 119:4-122:3 | | |
| | 122:7-12 | | |
| | 127:12-15 | | |
| | 128:5-18 | | |
| | 135:17-136:2 | | 136:3-13 |
| | 136:14-138:3 | | |
| | | | 145:3-10 |
| | 145:11-13 | | |
| | 246:22-247:10 | | |

Plaintiff's Deposition Designations          Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Jami Cantore | 264:17-21 | | |
| | | | 265:25-267:22 |
| | | | |
| David Eller | 5:7-13 | | |
| | 11:11-20 | | |
| | 39:25-40:12 | | |
| | 40:16-41:2 | | |
| | 41:16-42:2 | | |
| | 42:20-47:8 | | |
| | 47:11-48:12 | | |
| | 49:3-50:13 | | |
| | 54:3-55:1 | | |
| | 55:15-56:19 | | |
| | 59:17-60:3 | | |
| | 61:9-62:6 | | |
| | 62:10-63:12 | | |
| | 64:7-17 | | |
| | 75:19-77:6 | | |
| | 78:7-79:9 | | |
| | 80:1-84:6 | | |
| | 84:9-85:6 | | |
| | 85:22-88:7 | | |
| | 88:16-91:15 | | |
| | 95:10-99:1 | | |
| | 100:20-101:25 | | |
| | 103:6-105:1 | | |
| | 105:3-107:22 | | |
| | 110:20-112:12 | | |
| | 115:14-116:7 | | |
| | 124:13-19 | | |
| | 126:13-129:4 | | |
| | 136:5-138:17 | | |
| | 140:25-141:14 | | |
| | 141:18-143:24 | | |
| | 144:4-146:9 | | |
| | 146:12-18 | | |
| | 146:20-147:5 | | |
| | 147:11-148:11 | | |
| | 150:6-19 | | |
| | 150:21-153:24 | | |
| | 154:23-156:17 | | |

Plaintiff's Deposition Designations          Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| David Eller | 157:1-9 | | |
| | 161:12-163:11 | | |
| | 163:14-164:1 | | |
| | 164:3-165:4 | | |
| | 166:2-167:12 | | |
| | 169:1-8 | | |
| | 170:1-18 | | |
| | 173:8-178:7 | | |
| | 179:9-11 | | |
| | 179:15-19 | | |
| | 181:15-19 | | |
| | 182:3-183:2 | | |
| | 184:4-11 | | |
| | 185:10-186:17 | | |
| | 186:20-189:22 | | |
| | 191:15-193:7 | | |
| | 194:15-195:14 | | |
| | 195:17-197:14 | | |
| | 200:3-14 | | |
| | 200:16-202:5 | | |
| | 202:7-19 | | |
| | 202:21-204:8 | | |
| | 204:13-25 | | |
| | 205:2-6 | | |
| | 205:9-207:12 | | |
| | 207:15-208:25 | | |
| | 214:14-19 | | |
| | 214:21-215:1 | | |
| | 215:3-6 | | |
| | 215:8-10 | | |
| | 215:12-24 | | |
| | 216:1-219:20 | | |
| | 219:25-220:9 | | |
| | 220:12-221:3 | | |
| | 223:6-224:2 | | |
| | 224:5-225:25 | | |
| | 226:3-227:22 | | |
| | 228:1-24 | | |
| | 230:3-23 | | |
| | | | |
| Kevis Foley | 14:15-17 | | |

Plaintiff's Deposition Designations        Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Kevis Foley | 18:4-18 | | |
| | 21:5-18 | | |
| | 23:18-24:12 | | |
| | 24:22-25 | | |
| | 25:18-24 | | 25:25-27:17 |
| | 27:18-28:24 | | |
| | 29:11-31:14 | | |
| | 33:4-19 | | |
| | 33:23-35:12 | | |
| | 35:17-36:13 | | |
| | 36:16-37:18 | | |
| | 38:2-20 | | |
| | 39:4-9 | | |
| | 40:5-42:22 | | 43:8-15 |
| | 43:18-24 | | |
| | 44:16-19 | | |
| | 44:24-45:18 | | |
| | 46:3-19 | | 46:20-47:2 |
| | | | 48:1-5 |
| | 48:6-16 | | |
| | 48:20-49:19 | | |
| | 51:4-11 | | |
| | 51:13-52:2 | | |
| | 52:5-53:13 | | 53:14-18 |
| | 53:22-55:1 | | |
| | 55:13-56:2 | | 56:13-57:7 |
| | 57:8-58:3 | | |
| | 58:15-59:8 | | |
| | 59:16-61:10 | | |
| | 61:14-62:15 | | |
| | 63:22-64:2 | | |
| | 64:11-14 | | |
| | 64:17-65:10 | | 65:11-15 |
| | 67:4-68:6 | | 68:7-22 |
| | 69:4-70:13 | | |
| | 70:20-71:9 | | |
| | 71:12-72:4 | | |
| | 72:12-21 | | 72:22-74:16 |
| | 75:5-76:16 | | |
| | 76:19-24 | | |
| | 78:16-82:8 | | |

Plaintiff's Deposition Designations          Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Kevis Foley | 82:14-83:18 | | |
| | 83:21-23 | | |
| | 84:18-85:20 | | |
| | 85:23-86:1 | | |
| | 86:8-92:1 | | 92:2-93:22 |
| | 93:23-94:25 | | 95:1-3 |
| | 95:4-97:5 | | |
| | 98:4-100:13 | | |
| | 105:1-20 | | |
| | 107:18-109:17 | | |
| | 110:8-13 | | |
| | 111:4-112:24 | | 112:25-113:5 |
| | 113:14-114:3 | | 114:4-9 |
| | 114:10-22 | | 114:23-115:6 |
| | 115:7-116:1 | | |
| | 116:19-118:19 | | |
| | 120:2-123:1 | | |
| | 124:3-7 | | |
| | 127:2-18 | | |
| | 128:1-133:22 | | 133:23-134:5 |
| | 136:6-137:8 | | |
| | 138:12-140:9 | | 140:10-16 |
| | 140:17-144:11 | | |
| | 144:14-145:3 | | 146:6-19 |
| | 149:23-150:9 | | |
| | 150:24-153:24 | | 153:25-154:20 |
| | 155:5-156:3 | | |
| | 156:9-23 | | |
| | 157:1-22 | | |
| | 158:6-159:9 | | |
| | 160:13 | | |
| | 160:16-162:3 | | |
| | 162:12-163:25 | | 164:1-9 |
| | 166:7-16 | | |
| | 167:8-14 | | |
| | 168:3-170:8 | | |
| | 170:18-171:25 | | |
| | 173:19-174:3 | | |
| | 174:8-178:7 | | |
| | 178:23-179:22 | | |
| | 180:2-193:7 | | |

Plaintiff's Deposition Designations          Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Kevis Foley | 193:9-195:6 | | |
| | 195:14-196:16 | | |
| | 197:1-200:18 | | 201:11-22 |
| | 201:23-202:2 | | 202:3-14 |
| | 203:5-207:21 | | |
| | 207:25-211:22 | | |
| | 212:2-216:20 | | |
| | 217:6-219:22 | | |
| | 220:3-25 | | 221:1-8 |
| | 221:15-25 | | |
| | 222:7-21 | | 222:22-23 |
| | 222:24-223:13 | | 223:14-224:9 |
| | 224:10-24 | | |
| | 225:10-227:12 | | 227:13-14 |
| | 227:15-17 | | |
| | | | |
| Chris Harryman | 10:15-25 | | |
| | 11:4-7 | | |
| | 11:25-12:17 | | |
| | 13:9-24 | | |
| | 15:21-16:17 | | |
| | 22:13-23:23 | | |
| | 25:21-26:11 | | |
| | 26:18-27:10 | | |
| | 28:16-29:11 | | 29:17-32:5 |
| | 32:6-19 | | 33:4-10 |
| | 33:11-34:3 | | |
| | 34:12-35:13 | | |
| | 36:1-9 | | 39:3-40:14 |
| | 40:21-42:2 | | |
| | 48:10-49:1 | | |
| | 53:20-56:8 | | |
| | 56:24-57:25 | | |
| | 58:6-59:17 | | |
| | 60:21-61:19 | | 61:22-25 |
| | 62:11-64:5 | | |
| | 64:14-65:24 | | |
| | 66:14-67:9 | | |
| | 67:17-68:4 | | 68:5-69:1 |
| | 69:12-18 | | |
| | 70:2-19 | | 71:4-20 |

Plaintiff's Deposition Designations       Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Chris Harryman | 71:21-72:7 | | 72:19-23 |
| | 73:11-22 | | |
| | 74:8-77:10 | | 77:24-78:7 |
| | 78:12-79:20 | | |
| | 80:2-81:12 | | |
| | 81:21-83:15 | | |
| | 84:5-24 | | |
| | 86:13-90:24 | | 90:25-91:8 |
| | | | 91:17-23 |
| | 91:24-95:12 | | 95:13-96:5 |
| | 96:7-97:25 | | |
| | 98:7-100:3 | | |
| | 101:1-104:16 | | |
| | 104:21-109:14 | | 109:15-18 |
| | 109:19-110:19 | | |
| | 111:4-112:24 | | |
| | 113:8-114:4 | | |
| | 114:22-117:20 | | 117:21-118:9 |
| | 119:4-18 | | |
| | 120:10-121:16 | | 121:17-24 |
| | 126:18-127:12 | | |
| | 127:17-128:10 | | 128:11-19 |
| | 128:20-23 | | |
| | 129:2-131:13 | | 131:14-18 |
| | 132:8-133:6 | | |
| | 134:7-137:8 | | |
| | 137:19-142:9 | | |
| | 142:15-18 | | |
| | 145:1-24 | | 146:1 |
| | 146:23-147:8 | | |
| | 147:15-22 | | |
| | 148:2-16 | | |
| | 148:23-149:2 | | |
| | 149:9-12 | | |
| | 149:20-154:1 | | |
| | 154:22-155:16 | | 155:17-156:5 |
| | 156:6-16 | | |
| | 156:25-158:11 | | |
| | 158:19-159:7 | | |
| | 161:9-25 | | |
| | 164:10-15 | | |

Plaintiff's Deposition Designations        Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Chris Harryman | 164:18-165:7 | | 165:8-10 |
| | | | 168:9-169:1 |
| | 169:2-18 | | |
| | 171:4-22 | | |
| | 172:2-174:17 | | |
| | 174:20-21 | | |
| | 176:20-177:4 | | 177:5-8 |
| | 177:9-178:24 | | |
| | 179:4-12 | | 179:13-15 |
| | 179:21-182:22 | | |
| | 183:15-184:8 | | |
| | 184:20-185:4 | | |
| | 185:15-23 | | |
| | 186:12-189:17 | | |
| | 190:19-191:20 | | |
| | 192:1-193:8 | | 193:9-19 |
| | 193:24-194:3 | | |
| | 194:9-195:23 | | |
| | 197:2-198:7 | | |
| | 198:9-199:3 | | |
| | 199:11-200:9 | | |
| | 204:10-205:13 | | 207:8-208:8 |
| | 209:17-211:13 | | 211:20-212:4 |
| | 212:21-214:9 | | |
| | 214:19-215:11 | | |
| | 215:22-216:2 | | |
| | 216:14-217:5 | | |
| | 217:11-21 | | |
| | 217:24-218:5 | | 218:6-12 |
| | 218:13-220:6 | | |
| | 220:15-221:24 | | |
| | 222:12-14 | | |
| | 223:13-224:16 | | |
| | 224:20-225:6 | | |
| | 225:8-226:8 | | |
| | 226:20-229:10 | | |
| | 229:12-231:25 | | |
| | 232:4-233:14 | | |
| | 234:10-236:20 | | |
| | 237:13-20 | | |
| | 238:16-239:1 | | |

14

Plaintiff's Deposition Designations        Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Chris Harryman | 240:10-241:18 | | 241:19-24 |
| | 241:25-245:11 | | |
| | 245:13-248:9 | | 248:10-23 |
| | 248:24-251:14 | | |
| | 252:1-3 | | 252:4-8 |
| | 252:9-254:14 | | 254:15-20 |
| | | | 256:7-257:21 |
| | 257:25-258:23 | | |
| | 259:4-9 | | |
| | | | |
| Tania Ibanez | 7:6-13 | | |
| | 11:14-22 | | |
| | 13:21-17:17 | | |
| | 20:18-22:1 | | 22:2-18 |
| | 23:10-24:7 | | |
| | 24:11-24 | | 25:19-26:14 |
| | 26:24-27:17 | | |
| | 27:21-28:17 | | |
| | 28:24-29:10 | | |
| | 29:14-24 | | |
| | 30:2-5 | | |
| | 30:7-32:15 | | 32:16-33:3 |
| | 33:4-34:2 | | |
| | 34:12-35:25 | | |
| | 36:3-12 | | |
| | 36:14-20 | | 37:3-14 |
| | 37:15-20 | | |
| | 38:20-40:23 | | 40:24-41:9 |
| | 41:25-44:11 | | |
| | 44:24-45:5 | | |
| | 45:15-22 | | |
| | 45:25-46:6 | | |
| | 46:8-48:10 | | 48:11-24 |
| | 48:25-49:2 | | 49:2-3 |
| | 49:5-7 | | |
| | 49:9-52:9 | | 52:10-20 |
| | 52:21-53:4 | | |
| | 53:10-55:20 | | |
| | 55:24-56:3 | | |
| | 56:21-57:8 | | |
| | 57:13-58:12 | | |

15

Plaintiff's Deposition Designations        Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|------|-------------------------------------------|------------|------------------------------------------------------|
| Tania Ibanez | 61:23-62:9 | | 62:10-17 |
| | 62:18-63:6 | | 63:7-16 |
| | 64:1-9 | | |
| | 65:4-66:6 | | |
| | 66:16-25 | | 66:7-15 |
| | 67:3-19 | | |
| | 67:21-68:7 | | |
| | 68:10-13 | | 68:8-9 |
| | 68:15-72:4 | | 72:5-6 |
| | 72:7-21 | | |
| | 73:14-74:14 | | |
| | 76:4-24 | | |
| | 77:2-78:20 | | 79:6-19 |
| | 79:20-82:6 | | |
| | 82:22-84:7 | | |
| | 84:15-85:25 | | |
| | 86:10-87:14 | | |
| | 89:2-9 | | 89:10-12 |
| | 89:13-91:4 | | 91:5-9 |
| | 91:13-93:9 | | 93:10-11 |
| | 93:12-17 | | |
| | 93:19-23 | | |
| | 94:7-95:2 | | |
| | 95:18-22 | | 96:1 |
| | 96:3-7 | | 96:8 |
| | 96:9-10 | | |
| | 96:12-98:3 | | |
| | 98:5-6 | | |
| | 98:8-99:24 | | |
| | 100:12-103:17 | | 103:18-25 |
| | 104:6-106:23 | | |
| | 107:4-12 | | 107:13-15 |
| | 107:16-20 | | |
| | 107:22-108:6 | | |
| | 111:23-113:5 | | 113:6-18 |
| | 117:7-118:6 | | |
| | 121:1-3 | | |
| | 121:8-122:17 | | |
| | 122:20-124:4 | | |
| | 124:10-11 | | 124:12-13 |
| | 124:14-18 | | |

Plaintiff's Deposition Designations       Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Tania Ibanez | 124:20-125:6 | | 125:7-8 |
| | 125:9-15 | | |
| | 125:21-126:8 | | |
| | 128:3-23 | | |
| | 129:9-130:13 | | 130:14-22 |
| | 132:15-17 | | 132:18-20 |
| | 132:21-133:16 | | |
| | 133:19-21 | | |
| | 136:4-137:21 | | 137:22-24 |
| | 137:25-138:12 | | |
| | 138:16-18 | | |
| | 138:22-139:20 | | |
| | 139:23-25 | | |
| | 140:2-141:7 | | |
| | 141:15-143:7 | | |
| | 147:16-148:10 | | |
| | 156:7-159:1 | | 159:2-3 |
| | 159:4-5 | | |
| | 159:7-10 | | |
| | 159:21-23 | | |
| | 160:2-6 | | 160:7-9 |
| | 160:12-24 | | 161:5-10 |
| | 161:11-14 | | |
| | 161:20-162:22 | | |
| | 163:2-163:25 | | 164:1-9 |
| | 175:25-176:2 | | |
| | 176:8-18 | | |
| | 177:11-179:15 | | |
| | 179:21-25 | | |
| | 180:3-17 | | |
| | 180:19-20 | | |
| | 180:22-182:2 | | |
| | 182:9-183:2 | | |
| | 183:12-23 | | |
| | 184:20-185:1 | | 185:2-7 |
| | 186:11-13 | | |
| | 186:20-187:7 | | |
| | 187:18-20 | | 187:17-21 |
| | 188:2-190:4 | | |
| | 190:12-191:6 | | |
| | 191:19-193:11 | | |

Plaintiff's Deposition Designations          Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Tania Ibanez | 194:5-7 | | |
| | 194:13-195:9 | | |
| | 195:17-196:7 | | |
| | 196:10-12 | | |
| | 196:18-197:6 | | |
| | 197:12-198:2 | | |
| | 198:9-199:2 | | |
| | 199:11-12 | | |
| | 199:20-201:11 | | |
| | 201:19-202:2 | | 202:3-5 |
| | 202:6-10 | | 202:11-13 |
| | 202:14-204:6 | | |
| | 204:8-9 | | |
| | 204:11-206:12 | | |
| | 206:15-16 | | |
| | 206:18-207:24 | | |
| | 208:24-209:10 | | |
| | 209:12-210:9 | | |
| | 210:12-14 | | |
| | 210:16-24 | | |
| | 211:8-213:6 | | |
| | 213:20-216:4 | | |
| | 216:16-25 | | |
| | 217:6-18 | | |
| | 217:22-24 | | |
| | 218:9-24 | | |
| | 219:2-221:13 | | |
| | 221:20-222:19 | | |
| | 222:23-24 | | |
| | 223:2-224:12 | | 224:13 |
| | 224:14-17 | | |
| | 224:19-24 | | 224:25-1 |
| | 225:2-11 | | |
| | 225:13-227:7 | | |
| | 228:24-230:21 | | 230:22 |
| | 230:23-24 | | |
| | 231:2-234:18 | | 234:19-235:3 |
| | 245:17-246:24 | | |
| | 247:2-248:11 | | |
| | 249:6-23 | | |
| | 250:2-4 | | |

Plaintiff's Deposition Designations          Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|------|-------------------------------------------|------------|------------------------------------------------------|
| Tania Ibanez | 250:12-24 | | |
| | 251:1-16 | | 251:17-18 |
| | 251:19-20 | | |
| | 251:22-252:7 | | 252:8 |
| | 252:9-13 | | |
| | 252:19-254:21 | | |
| | 255:3-23 | | |
| | 256:2-23 | | |
| | 257:9-258:2 | | |
| | 258:4-20 | | |
| | 260:22-261:1 | | 261:2 |
| | 261:3-19 | | |
| | 262:2-19 | | |
| | | | |
| Belinda Johns | 8:9-11 | | 19:19-20:13 |
| | 20:14-22:8 | | |
| | 27:7-19 | | |
| | 28:2-6 | | |
| | 28:12-29:20 | | 29:21-24 |
| | 33:7-34:14 | | 34:15-24 |
| | 37:9-38:3 | | 38:4-20 |
| | 38:21-40:7 | | 40:8-13 |
| | 40:14-18 | | |
| | 40:21-43:18 | | 43:19-24 |
| | 43:25-47:21 | | |
| | 48:4-25 | | |
| | 49:5-50:9 | | 50:10-24 |
| | 51:1-25 | | 52:1-53:8 |
| | 53:9-56:2 | | |
| | 56:6-8 | | 56:9-25 |
| | 57:1-60:25 | | |
| | 61:17-23 | | |
| | 62:7-22 | | |
| | 63:17-64:17 | | 65:12-15 |
| | 66:12-68:2 | | |
| | 68:8-70:13 | | |
| | 71:17-72:2 | | |
| | 77:11-78:20 | | |
| | 79:1-4 | | |
| | 81:1-17 | | |
| | 81:23-82:4 | | |

19

Plaintiff's Deposition Designations          Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Belinda Johns | 82:15-85:24 | | |
| | 86:1-14 | | 86:15-19 |
| | 86:20-91:22 | | 91:23-92:23 |
| | 92:24-93:25 | | 95:12-15 |
| | 95:16-97:13 | | 98:12-17 |
| | | | 98:23-100:9 |
| | 100:14-101:12 | | |
| | 102:17-103:3 | | 104:8-19 |
| | 105:5-106:19 | | 106:20-107:3 |
| | 107:4-12 | | 107:13-21 |
| | 108:24-111:22 | | 111:23-112:13 |
| | | | 113:24-114:7 |
| | | | 115:20-25 |
| | 116:1-118:1 | | 119:10-18 |
| | | | 121:4-11 |
| | 121:12-20 | | |
| | 122:12-123:12 | | 123:17-124:2 |
| | 125:22-126:4 | | 126:5-10 |
| | 127:10-14 | | |
| | 128:3-149:12 | | |
| | 150:1-153:3 | | |
| | 153:8-156:18 | | |
| | 157:24-166:8 | | |
| | 166:14-169:21 | | |
| | 170:10-173:4 | | |
| | 173:18-174:13 | | 174:14-175:1 |
| | 175:2-6 | | |
| | 175:18-176:8 | | 177:8-15 |
| | 178:21-25 | | |
| | 179:18-183:20 | | 184:2-8 |
| | | | 184:13-185:13 |
| | 187:20-197:20 | | 197:21-198:7 |
| | 198:8-199:2 | | 199:9-18 |
| | 199:19-200:5 | | |
| | 200:19:201:1 | | 201:2-7 |
| | 201:8-203:6 | | |
| | 203:21-205:14 | | 205:15-24 |
| | 205:25-209:3 | | |
| | 210:9-10 | | 210:10-24 |
| | 210:25-215:7 | | |
| | 218:2-15 | | |

Plaintiff's Deposition Designations          Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Belinda Johns | 218:22-221:11 | | |
| | 221:25-222:2 | | 224:5-225:3 |
| | | | 228:12-229:7 |
| | 230:5-231:9 | | 231:14-22 |
| | | | 232:7-233:4 |
| | | | 234:19-235:2 |
| | | | 236:16-237:6 |
| | | | 237:20-238:9 |
| | | | 239:19-240:4 |
| | 241:3-10 | | |
| | 243:9-250:6 | | 250:7-14 |
| | 250:15-252:8 | | |
| | 252:21-256:5 | | 256:6-17 |
| | 256:18-257:2 | | |
| | 257:15-259:1 | | 260:5-261:16 |
| | 261:17-262:11 | | 265:7-15 |
| | 265:17-267:7 | | |
| | 267:20-268:5 | | |
| | 269:1-276:18 | | |
| | 277:5-280:4 | | |
| | 284:10-285:1 | | 285:2-287:7 |
| | 287:8-288:11 | | 288:12-291:25 |
| | | | |
| Robert Ralls | 7:7-10 | | |
| | 7:14-23 | | |
| | 9:24-10:23 | | |
| | 14:10-21 | | |
| | 15:7-19 | | |
| | 16:5-14 | | |
| | 17:2-11 | | |
| | 18:1-17 | | |
| | 18:21-22 | | |
| | 18:24-19:1 | | |
| | 19:5-20:13 | | |
| | 20:15-21:5 | | |
| | 22:11-27:10 | | |
| | 27:12-16 | | |
| | 27:19-28:2 | | |
| | 28:5-29:13 | | |
| | 29:15-23 | | |
| | 30:12-13 | | |

Plaintiff's Deposition Designations         Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Robert Ralls | 30:17-31:24 | | |
| | 32:10-33:15 | | |
| | 33:22-34:21 | | |
| | 35:17-37:24 | | |
| | 38:1-20 | | |
| | 39:3-16 | | |
| | 39:21-40:16 | | |
| | 42:1-45:24 | | |
| | 46:1-49:5 | | |
| | 49:12-23 | | |
| | 50:1-7 | | |
| | 50:10-14 | | |
| | 51:15-52:10 | | |
| | 54:6-55:18 | | |
| | 55:22-24 | | |
| | 56:2-21 | | |
| | 56:25-57:24 | | |
| | 58:4-5 | | |
| | 58:14-16 | | |
| | 58:18-21 | | |
| | 59:2-22 | | |
| | 61:3-63:3 | | |
| | 64:2-66:6 | | |
| | 66:14-25 | | |
| | 67:6-22 | | |
| | 68:10-15 | | |
| | 68:19-21 | | |
| | 69:5-18 | | |
| | 69:23-24 | | |
| | 70:4-24 | | |
| | 71:1-72:7 | | |
| | 75:1-8 | | |
| | 75:10-15 | | |
| | 75:24-76:5 | | |
| | 76:20-77:2 | | |
| | 77:8-9 | | |
| | 78:18-79:10 | | |
| | 79:21-81:3 | | |
| | 81:7-12 | | |
| | 81:14-82:17 | | |
| | 83:5-21 | | |

Plaintiff's Deposition Designations        Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Robert Ralls | 85:2-86:13 | | |
| | 86:16-24 | | |
| | 90:9-13 | | |
| | 91:2-6 | | |
| | 93:9-16 | | |
| | 93:18-95:18 | | |
| | 96:13-97:6 | | |
| | 97:9-11 | | |
| | 97:14-98:2 | | |
| | 98:6-8 | | |
| | 98:10-16 | | |
| | 99:9-14 | | |
| | 99:18-24 | | |
| | 100:2-5 | | |
| | 101:5-102:1 | | |
| | 102:5-9 | | |
| | 102:11-105:2 | | |
| | 105:4-106:19 | | |
| | 107:13-109:22 | | |
| | 109:25-110:16 | | |
| | 110:21 | | |
| | 110:23-25 | | |
| | 111:9-113:10 | | |
| | 117:16-119:4 | | |
| | 120:12-122:10 | | |
| | 122:14-123:1 | | |
| | 125:4-20 | | |
| | 125:22-127:17 | | |
| | 127:21-128:20 | | |
| | 128:23-129:15 | | |
| | 129:18-22 | | |
| | 129:24-130:1 | | |
| | 130:6-14 | | |
| | 130:18-19 | | |
| | 131:1-133:14 | | |
| | 133:21-134:3 | | |
| | 134:7-135:18 | | |
| | 136:7-137:21 | | |
| | 137:23-138:6 | | |
| | 138:8-141:10 | | |
| | 141:13-17 | | |

23

Plaintiff's Deposition Designations     Case No. 2:14-cv-09448-R-FFM

| Name | Plaintiff Designated Deposition Testimony | Objections | Defendant's Counter-Designated Deposition Testimony |
|---|---|---|---|
| Robert Ralls | 141:19-142:3 | | |
| | 142:7-143:3 | | |
| | 144:23-146:2 | | |
| | 146:7-9 | | |
| | 150:24-155:10 | | |
| | 156:20-157:4 | | |
| | 158:12-23 | | |
| | 159:2-9 | | |
| | 160:3-161:7 | | |
| | 162:2-163:19 | | |
| | 164:4-16 | | |
| | 165:3-174:7 | | |
| | 174:10-179:3 | | |
| | 179:7-15 | | |
| | 179:17-180:9 | | |
| | 181:1-5 | | |
| | 182:1-183:22 | | 184:20-186:7 |
| | 189:11-20 | | |
| | 190:20-192:2 | | 194:22-195:21 |
| | | | 199:3-24 |
| | | | 200:19-24 |
| | 208:7-213:2 | | 213:3-9 |
| | 213:20-214:20 | | 214:21-215:3 |
| | 215:15-216:20 | | |
| | 217:25-225:14 | | |
| | 226:3-16 | | |
| | 227:23-229:23 | | |
| | 233:16-235:2 | | |
| | 235:13-236:17 | | |
| | 236:20-21 | | |
| | 236:23-239:4 | | |
| | 239:11-240:15 | | |
| | 241:5-16 | | |
| | 241:20-242:4 | | 245:1-18 |
| | 252:5-253:23 | | |
| | 254:8-15 | | |
| | 254:18-256:23 | | |
| | 257:20-258:1 | | |
| | 258:5 | | |
| | 258:7-262:2 | | |
| | 265:5-266:20 | | |