# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| Case No. | CV-14-9448-R | Date | February 25, 2016 |
|---|---|---|---|

Title: Americans for Prosperity Foundation -V.- Kamala Harris

Present: The Honorable     MANUEL L. REAL, UNITED STATES DISTRICT JUDGE

| Christine Chung | Shayna Montgomery / Carol Zurborg |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Derek I. Shaffer | Alexandra Robert Gordon |
| Eric C. Lyttle | Tamar Pachter |
| William Burck | Emmanuelle Sarah Soichet |
| Keith H. Forst | Jose A. Zelidon- Zepeda |
| | Kevin A. Calia |

___3rd___ Day Court Trial                    _____ Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   __X__ Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ Opening statements made by

__X__ Witnesses called, sworn and testified.   __X__ Exhibits Identified   __X__ Exhibits admitted.

__X__ Plaintiff(s) rest.                     _____ Defendant(s) rest.

_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.

_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.

_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.

_____ Jury polled.   _____ Polling waived.

_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.

_____ Judgment by Court for   _____ plaintiff(s)   _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.   _____ Briefs to be filed by

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

__X__ Case continued to   February 26, 2016 at 10:00 A.M.   for further trial/further jury deliberation.

__X__ Other:   Witnesses: James Pope; Paul Schervish.  Witnesses by deposition: Susan Allen, Steve Bauman, Jami Cantore,  David Eller, Kevis Foley, Chris Harryman, Tania Ibanez, Belinda Johns, Robert Ralls.

                                                            ___5___ : ___18___

                                    Initials of Deputy Clerk   _____cch_____