# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV-14-9448-R |
| Date | February 26, 2016 |
| Title: | Americans for Prosperity Foundation -V.- Kamala Harris |

Present: The Honorable **MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**

| Christine Chung | Shayna Montgomery |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Derek I. Shaffer | Alexandra Robert Gordon |
| Eric C. Lyttle | Tamar Pachter |
| William Burck | Emmanuelle Sarah Soichet |
| Keith H. Forst | Jose A. Zelidon- Zepeda |
| | Kevin A. Calia |

4th Day Court Trial      ____ Day Jury Trial

____ One day trial:    ____ Begun (1st day);    X  Held & Continued;    ____ Completed by jury verdict/submitted to court.

____ Opening statements made by _____

X  Witnesses called, sworn and testified.    X  Exhibits Identified    X  Exhibits admitted.

____ Plaintiff(s) rest.    ____ Defendant(s) rest.

____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court instructs jury.

____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    ____ Jury resumes deliberations.

____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.

____ Jury polled.    ____ Polling waived.

____ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.

____ Judgment by Court for    ____ plaintiff(s)    ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).

____ Case submitted.    ____ Briefs to be filed by _____

____ Motion to dismiss by _____ is    ____ granted.    ____ denied.    ____ submitted.

____ Motion for mistrial by _____ is    ____ granted.    ____ denied.    ____ submitted.

____ Motion for Judgment/Directed Verdict by _____ is    ____ granted.    ____ denied.    ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

X  Case continued to    March 3, 2016 at 10:00 A.M.    for further trial/further jury deliberation.

X  Other:    Witnesses: Belinda Johns, Sonja Berndt

1 : 07

Initials of Deputy Clerk    cch