# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV-14-9448-R | Date | March 3, 2016 |
| Title: | Americans for Prosperity Foundation -V.- Kamala Harris | | |

Present: The Honorable  **MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**

| Christine Chung | Shayna Montgomery / Carol Zurborg |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Derek I. Shaffer | Alexandra Robert Gordon |
| Eric C. Lyttle | Tamar Pachter |
| William Burck | Emmanuelle Sarah Soichet |
| Keith H. Forst | Jose A. Zelidon- Zepeda |
| | Kevin A. Calia |

    5th    Day Court Trial      _____ Day Jury Trial

_____ One day trial: _____ Begun (1st day); **X** Held & Continued; _____ Completed by jury verdict/submitted to court.

_____ Opening statements made by _____

**X** Witnesses called, sworn and testified.  **X** Exhibits Identified  **X** Exhibits admitted.

_____ Plaintiff(s) rest.  _____ Defendant(s) rest.

_____ Closing arguments made by  _____ plaintiff(s)  _____ defendant(s).  _____ Court instructs jury.

_____ Bailiff(s) sworn.  _____ Jury retires to deliberate.  _____ Jury resumes deliberations.

_____ Jury Verdict in favor of  _____ plaintiff(s)  _____ defendant(s) is read and filed.

_____ Jury polled.  _____ Polling waived.

_____ Filed Witness & Exhibit Lists  _____ Filed jury notes.  _____ Filed jury instructions.

_____ Judgment by Court for  _____ plaintiff(s)  _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by  _____ plaintiff(s)  _____ defendant(s).

_____ Case submitted.  _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted.  _____ denied.  _____ submitted.

_____ Motion for mistrial by _____ is _____ granted.  _____ denied.  _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.  _____ denied.  _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

**X** Case continued to  March 4, 2016 at 10:00 A.M.  for further trial/further jury deliberation.

**X** Other:  Witnesses: Kevis Foley; Christopher Harryman, David Eller

                                                      4 : 51

Initials of Deputy Clerk  cch