# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV-14-9448-R |
| Title: | Americans for Prosperity Foundation -V.- Kamala Harris |
| Date | March 4, 2016 |

Present: The Honorable **MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**

| Christine Chung | Carol Zurborg |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Derek I. Shaffer | Alexandra Robert Gordon |
| Eric C. Lyttle | Tamar Pachter |
| William Burck | Emmanuelle Sarah Soichet |
| Keith H. Forst | Jose A. Zelidon-Zepeda |
| | Kevin A. Calia |

6TH ____ Day Court Trial   ____ Day Jury Trial

____ One day trial:   ____ Begun (1st day);   ____ Held & Continued;   X Completed by jury verdict/submitted to court.

____ Opening statements made by

X   Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.

____ Plaintiff(s) rest.   X Defendant(s) rest.

X   Closing arguments made by   X plaintiff(s)   X defendant(s).   ____ Court instructs jury.

____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.

____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.

____ Jury polled.   ____ Polling waived.

X   Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.

____ Judgment by Court for   ____ plaintiff(s)   ____ defendant(s).

X   Findings, Conclusions of Law & Judgment to be prepared by   X plaintiff(s)   X defendant(s).

X   Case submitted.   ____ Briefs to be filed by

____ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.

____ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.

____ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.

____ Settlement reached and placed on the record.

X   Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Case continued to _____ for further trial/further jury deliberation.

X   Other: Findings of Fact and Conclusions of Law, and Judgment shall be lodged on or before MARCH 15, 2016. Deposition Transcripts of Tim Phillips, Christopher Fink, Robert Heaton, Victor Bernson, and David Spady admitted as exhibits. The Clerk will contact counsel to pick up the exhibits. Exhibit Release Form will be signed and filed at that time.

3 : 39

Initials of Deputy Clerk   cch