QUINN EMANUEL URQUHART & SULLIVAN LLP
Harold Barza (California Bar No. 80888)
  halbarza@quinnemanuel.com
Carolyn Thomas (California Bar No. 286441)
  carolynthomas@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone: (213) 443-3000

QUINN EMANUEL URQUHART & SULLIVAN LLP
William Burck (DC Bar No. 4015426) (*pro hac vice*)
  williamburck@quinnemanuel.com
Derek Shaffer (California Bar No. 212746)
  derekshaffer@quinnemanuel.com
Keith Forst (NY Bar No. 4746806) (*pro hac vice*)
  keithforst@quinnemanuel.com
Jonathan Cooper (DC Bar No. 999764) (*pro hac vice*)
  jonathancooper@quinnemanuel.com
777 Sixth Street NW, 11th Floor
Washington, DC  20001
Telephone:  (202) 538-8000

*Attorneys for Plaintiff*
*Americans for Prosperity Foundation*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION**, <br><br> Plaintiff, <br><br> v. <br><br> **KAMALA HARRIS**, <br> in her Official Capacity as <br> Attorney General of California, <br><br> Defendant. | Case No.  2:14-cv-09448-R-FFM <br><br> **NOTICE OF LODGING OF PLAINTIFF'S PROPOSED POST-TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW** <br><br> Trial Date:  February 23, 2016 <br> Trial Concluded: March 4, 2016 <br> Action Filed:  December 9, 2014 <br><br> Courtroom:  8 – 2nd Floor <br> Judge:  Hon. Manuel L. Real |

## NOTICE OF LODGING

Per the instructions of the Court during the final day of trial on March 4, 2016, ECF 176, and pursuant to L.R. 5-4.4 of the Central District of California and Federal Rule of Civil Procedure 52, Plaintiff Americans for Prosperity Foundation herein respectfully lodges with the Court its Proposed Post-Trial Findings of Fact and Conclusions of Law. For the Court's convenience, Plaintiff is supplying a CD-ROM reflecting hyperlinks to the materials cited.

Dated: March 14, 2016                    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: /s/ Derek Shaffer
Derek Shaffer

*Attorneys for Plaintiff*
*Americans for Prosperity Foundation*