KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
State Bar No. 227108
KEVIN CALIA
State Bar No. 227406
EMMANUELLE S. SOICHET
State Bar No. 290754
ALEXANDRA ROBERT GORDON
Deputy Attorneys General
State Bar No. 207650
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5509
 Fax:  (415) 703-1234
 E-mail:  Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendant Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>Plaintiff,<br><br>v.<br><br>**KAMALA HARRIS, in her Official Capacity as Attorney General of the State of California,**<br><br>Defendant. | 2:14-CV-09448<br><br>**NOTICE OF LODGING OF DEFENDANT'S PROPOSED POST-TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Courtroom:   8<br>Judge:         The Honorable Manuel L. Real<br>Trial Date:   2/23/2016<br>Action Filed: 12/9/2014 |

1

**NOTICE OF LODGING OF DEFENDANT'S PROPOSED POST-TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Per the instructions of the Court during the final day of trial on March 4, 2016, ECF 176, and pursuant to L.R. 5-4.4 of the Central District of California and Federal Rule of Civil Procedure 52, Defendant Attorney General Kamala D. Harris respectfully lodges with the Court Defendant's Proposed Post-Trial Findings of Fact and Conclusions of Law.

Dated:  March 15, 2016                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
KEVIN CALIA
EMMANUELLE S. SOICHET


*/s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorneys General
*Attorneys for Defendant*
*Attorney General Kamala D. Harris*

2