UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

MAR 4 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

Americans for Prosperity Foundation v. Harris   Trial Date: February 23, 2016
Case No. 2:14-cv-09448-R-FFM

**PLAINTIFF'S TRIAL WITNESS LIST**

## PLAINTIFF'S TRIAL WITNESS LIST

| No. | Witness | CALLED-DATE (LIVE TESTIMONY) | DEPOSITION ACCEPTED ADMITTED-EXH. NO. |
|---|---|---|---|
| 1. | James Arthur Pope (live) | 2-24-16, 2-25-16 | |
| 2. | Christopher Fink (live) | 2-23-2016 | |
| 3. | Luke Hilgemann (live) | 2-23-2016 | |
| 4. | Mark Holden (live) | 2-23-2016 | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

Americans for Prosperity Foundation v. Harris     Trial Date: February 23, 2016
Case No. 2:14-cv-09448-R-FFM

## PLAINTIFF'S TRIAL WITNESS LIST

| No. | Witness | Called-Date (Live Testimony) | Deposition Admitted - Exh. No. |
|---|---|---|---|
| 5. | Paul Schervish (live) | 2-25-2016 | |
| 6. | Teresa Oelke (live) | 2-23-2016 | |
| 7. | Jim McClave (James McClave) (live) | 2-24-2016 | |
| 8. | Susan Allen (by deposition) | | 2-25-16  Exh# 730 (3.4.16) |
| 9. | Steven Bauman (by deposition) | | 2-25-16  Exh# 731 (3.4.16) |
| 10. | Jami Cantore (by deposition) | | 2-25-16  Ex.# 732 (3.4.16) |
| 11. | David Eller (by deposition) | | 2-25-16  Ex.#733 (3.4.16) |
| 12. | Kevis Foley (live and by deposition) | | 2-25-16  Exh# 734 (3.4.16) |
| 13. | Chris Harryman (by deposition) | | 2-25-16  Exh #736 (3.4.16) |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

Americans for Prosperity Foundation v. Harris  Trial Date: February 23, 2016
Case No. 2:14-cv-09448-R-FFM

## PLAINTIFF'S TRIAL WITNESS LIST

| No. | Witness | Called-Date (Live Testimony) | Deposition Admitted-Exh. No. |
|---|---|---|---|
| 14. | Tania Ibanez (by deposition) | | 2-25-16 Exh #737 (3-4-16) |
| 15. | Belinda Johns (live and by deposition) | | 2-25-16 Exh. #735 (3.4.16) |
| 16. | Robert Ralls (by deposition) | | 2-25-16 Exh. no. 738 (3/4/16) |

3