FILED

APR 06 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>KAMALA D. HARRIS, Attorney General, in her Official Capacity as Attorney General of California,<br><br>    Defendant - Appellant. | No. 15-55446<br><br>D.C. No. 2:14-cv-09448-R-FFM<br>Central District of California, Los Angeles |
| THOMAS MORE LAW CENTER,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>KAMALA D. HARRIS, Attorney General, in her Official Capacity,<br><br>    Defendant - Appellant. | No. 15-55911<br><br>D.C. No. 2:15-cv-03048-R-FFM<br>Central District of California, Los Angeles |

ORDER

Before: REINHARDT, FISHER and NGUYEN, Circuit Judges.

  The panel has voted to deny the petition for panel rehearing. Judges Reinhardt and Nguyen have voted to deny the petition for rehearing en banc, and Judge Fisher so recommends.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

Appellants' petition for panel rehearing and rehearing en banc, filed January 11, 2016, is **DENIED**.