UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 18 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>KAMALA D. HARRIS, Attorney General, in her Official Capacity as Attorney General of California,<br><br>　　　　　Defendant - Appellant. | No. 15-55446<br><br>D.C. No. 2:14-cv-09448-R-FFM<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |
| THOMAS MORE LAW CENTER,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>KAMALA D. HARRIS, Attorney General, in her Official Capacity,<br><br>　　　　　Defendant - Appellant. | No. 15-55911<br><br>D.C. No. 2:15-cv-03048-R-FFM<br>U.S. District Court for Central California, Los Angeles |

　　　The judgment of this Court, entered December 29, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. Each party shall bear its own costs on appeal.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk