NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT

APR 27 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Americans for Prosperity Foundation,<br><br>            v.<br><br>Kamala Harris,<br>             PLAINTIFF(S)<br><br>             DEFENDANT(S) | CASE NUMBER:<br>CV-14-9448-R<br><br>DEFENDANT'S<br>RECEIPT OR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the joint _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

Date _____

Counsel for: ☑Plaintiff  ☐Defendant  ☐ Americans for Prosperity

Signature _____   Telephone Number _____

4/26/16
Date

Kim Nguyen
Counsel for: ☐Plaintiff  ☑Defendant  ☐ Kamala Harris

Signature: K. Nguyen   (213) 897-5677

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

4/27/2016
Date

Clerk, U.S. District Court
By _____
Deputy Clerk

G-38 (02/16)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING