QUINN EMANUEL URQUHART & SULLIVAN LLP
Harold Barza (California Bar No. 80888)
  halbarza@quinnemanuel.com
Carolyn Homer (California Bar No. 286441)
  carolynhomer@quinnemanuel.com
865 S Figueroa St, 10th Floor
Los Angeles, CA  90017
Telephone: (213) 443-3000

QUINN EMANUEL URQUHART & SULLIVAN LLP
William Burck (DC Bar No. 4015426) (*pro hac vice*)
  williamburck@quinnemanuel.com
Derek Shaffer (California Bar No. 212746)
  derekshaffer@quinnemanuel.com
Keith Forst (NY Bar No. 4746806) (*pro hac vice*)
  keithforst@quinnemanuel.com
Jonathan Cooper (DC Bar No. 999764) (*pro hac vice*)
  jonathancooper@quinnemanuel.com
777 Sixth Street NW, 11th Floor
Washington, DC  20001
Telephone:   (202) 538-8000

*Attorneys for Plaintiff*
*Americans for Prosperity Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>            Plaintiff,<br><br>      vs.<br><br>**KAMALA HARRIS,**<br>in her Official Capacity as Attorney General of California,<br><br>            Defendant. | Case No.  2:14-cv-09448-R-FFM<br><br>**STIPULATION TO EXTEND TIME TO FILE ANY MOTION FOR ATTORNEYS' FEES UNTIL AFTER RESOLUTION OF ALL APPEALS FROM APRIL 21, 2016 JUDGMENT**<br><br>Final Judgment Entered:  April 21, 2016<br>Courtroom:  8 – 2nd Floor<br>Judge:  Hon. Manuel L. Real |

Plaintiff Americans for Prosperity Foundation and Defendant Attorney General Kamala D. Harris (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Court entered judgment for Americans for Prosperity Foundation on April 21, 2016;

WHEREAS, the Attorney General intends to appeal the Court's judgment;

WHEREAS, Local Rule 54-10 specifies that any motion for attorneys' fees "shall be served and filed within fourteen (14) days after the entry of judgment or other final order, unless ordered by the Court";

WHEREAS, pursuant to Local Rule 7-3, the Parties met and conferred on April 28, 2016;

WHEREAS, the Parties reached agreement that any motion for attorneys' fees is most efficiently decided after the resolution of all appeals from the April 21, 2016 judgment;

THEREFORE, pursuant to Local Rule 7-1, the Parties hereby stipulate and agree to extend the time to file any motion for attorneys' fees until 28 days after the latest date on which (a) the deadline for filing an appeal from the April 21, 2016 judgment expires, (b) the Court of Appeals issues its mandate and the deadline for filing a petition for certiorari expires, (c) the Supreme Court of the United States denies any timely petition for certiorari, or (d) the Supreme Court of the United States issues a certified judgment that requires no further action from the Court of Appeals.

Dated: May 2, 2016

Respectfully submitted,

By: QUINN EMANUEL URQUHART & SULLIVAN LLP

*/s/ Derek L. Shaffer*
DEREK L. SHAFFER
*Attorneys for Plaintiff Americans for Prosperity Foundation*

| | | |
|---|---|---|
| Dated: May 2, 2016 | | KAMALA D. HARRIS<br>Attorney General of California<br>TAMAR PACHTER<br>Supervising Deputy Attorney General<br><br>*/s/ Alexandra Robert Gordon*<br>ALEXANDRA ROBERT GORDON<br>Deputy Attorney General<br>*Attorneys for Defendant Attorney General Harris* |