# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**KAMALA HARRIS,**<br>in her Official Capacity as<br>Attorney General of California,<br><br>　　　　　Defendant. | Case No. 2:14-cv-09448-R-FFM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE ANY MOTION FOR ATTORNEYS' FEES UNTIL AFTER RESOLUTION OF ALL APPEALS FROM APRIL 21, 2016 JUDGMENT**<br><br>Final Judgment Entered: April 21, 2016<br>Courtroom: 8 – 2nd Floor<br>Judge: Hon. Manuel L. Real |

This matter is before the Court on Plaintiff Americans for Prosperity Foundation's and Defendant Kamala Harris's Stipulation to Extend Time to File Any Motion for Attorneys' Fees Until After Resolution of All Appeals from the April 21, 2016 Judgment.

**THE STIPULATION IS HEREBY GRANTED.**

Pursuant to Local Rule 54-10, the time to file any motion for attorneys' fees is extended until 28 days after the latest date on which (a) the deadline for filing an appeal from the April 21, 2016 judgment expires, (b) the Court of Appeals issues its mandate and the deadline for filing a petition for certiorari expires, (c) the Supreme Court of the United States denies any timely petition for certiorari, or (d) the Supreme Court of the United States issues a certified judgment that requires no further action from the Court of Appeals.

**SO ORDERED.**

DATED: _____, 2016

By_____

Hon. Manuel L. Real
United States District Judge