Name: Alexandra Robert Gordon
Address: 455 Golden Gate Avenue, Suite 11000
City, State, Zip: San Francisco, CA 94102
Phone: 415-703-5509
Fax: 415-703-5480
E-Mail: Alexandra.RobertGordon@doj.ca.gov

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AMERICANS FOR PROSPERITY FOUNDATION

PLAINTIFF(S),

v.

KAMALA D. HARRIS, in her Official Capacity as Attorney General of the State of California,

DEFENDANT(S).

CASE NUMBER:

2:14-CV-09448-R-FFM

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that __KAMALA D. HARRIS__ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify): permanently enjoining Defendant from enforcing statute as to Plaintiff

☐ Other (specify):

Imposed or Filed on __April 21, 2016__. Entered on the docket in this action on __April 21, 2016__.

A copy of said judgment or order is attached hereto.

May 18, 2016
Date

/s/ Alexandra RobertGordon
Signature

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).