KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
ALEXANDRA ROBERT GORDON
State Bar No. 207650
JOSE A. ZELIDON-ZEPEDA
State Bar No. 227108
KEVIN A. CALIA
State Bar No. 227406
EMMANUELLE S. SOICHET
State Bar No. 290754
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5509
 Fax:  (415) 703-5480
 E-mail:  Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>Plaintiff,<br><br>**v.**<br><br>**KAMALA HARRIS, in her Official Capacity as Attorney General of the State of California,** | 2:14-CV-09448-R-FFM<br><br>**REPRESENTATION STATEMENT**<br><br>**(Local Circuit Rule 3-2 and Fed. R. App. P. 12(b))**<br><br>Courtroom:    8<br>Judge:          Hon. Manuel L. Real<br>Action Filed: December 9, 2014 |

1

1    Pursuant to Local Circuit Rule 3-2 and Federal Rule of Appellate Procedure

2   12(b), Defendant and Appellant Kamala D. Harris, Attorney General of California,

3   submits the following Representation Statement identifying all parties to the action

4   along with the names, addresses, and telephone numbers of their respective counsel:

5    Plaintiff and Appellee Americans for Prosperity Foundation is represented in

6   this matter by the following counsel:

7

8    Harold A. Barza, Esq.
     Quinn Emanuel Urquhart and Sullivan LLP
9    865 South Figueroa Street 10th Floor
     Los Angeles, CA 90017-2543
10    213-443-3000
11   Fax: 213-443-3100
     Email: halbarza@quinnemanuel.com
12

13   Carolyn Homer Thomas, Esq.
     Quinn Emanuel Urquhart and Sullivan LLP
14    555 Twin Dolphin Drive
15   Floor 5
     Redwood City, CA 94065
16    650-801-5000
17   Fax: 650-801-5100
     Email: carolynthomas@quinnemanuel.com
18

19

20   William Burck, Esq.
     Derek Shaffer, Esq.
21   Eric C. Lyttle, Esq.
     Keith H. Forst, Esq.
22    Jonathan Cooper, Esq.
23   Quinn Emanuel Urquhart and Sullivan LLP
     777 Sixth Street NW 11th Floor
24    Washington, DC 20001
25   203-538-8000
     Fax: 202-538-8123
26   Email: derekshaffer@quinnemanuel.com
27   jonathancooper@quinnemanuel.com
     williamburck@quinnemanuel.com
28

ericlyttle@quinnemanuel.com
keithforst@quinnemanuel.com

Defendant and Appellant Kamala D. Harris, Attorney General of California is represented in this matter by the following counsel:

| | |
|---|---|
| Kamala D. Harris | Alexandra Robert Gordon |
| Attorney General of California | Deputy Attorney General |
| Douglas J. Woods | 455 Golden Gate Avenue, Suite 11000 |
| Senior Assistant Attorney General | San Francisco, CA  94102-7004 |
| Tamar Pachter | Telephone:  (415) 703-5509 |
| Supervising Deputy Attorney | Fax:  (415) 703-5480 |
| General | Email: |
| Jose A. Zelidon-Zepeda | Alexandra.RobertGordon@doj.ca.gov |
| Kevin A. Calia | Tamar.Pachter@doj.ca.gov |
| Emmanuelle S. Soichet | Jose.ZelidonZepeda@doj.ca.gov |
| Deputy Attorneys General | Kevin.Calia@doj.ca.gov |
| | Emmanuelle.Soichet@doj.ca.gov |

Dated:  May 18, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
KEVIN A. CALIA
EMMANUELLE S. SOICHET
Deputy Attorneys General

*/s/ Alexandra Robert Gordon*

ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Defendant*
*Attorney General Kamala D. Harris*

3