QUINN EMANUEL URQUHART & SULLIVAN LLP
Harold Barza (California Bar No. 80888)
    halbarza@quinnemanuel.com
Carolyn Homer (California Bar No. 286441)
    carolynhomer@quinnemanuel.com
865 S Figueroa St, 10th Floor
Los Angeles, CA  90017
Telephone: (213) 443-3000

QUINN EMANUEL URQUHART & SULLIVAN LLP
William Burck (DC Bar No. 4015426) (*pro hac vice*)
    williamburck@quinnemanuel.com
Derek Shaffer (California Bar No. 212746)
    derekshaffer@quinnemanuel.com
Keith Forst (NY Bar No. 4746806) (*pro hac vice*)
    keithforst@quinnemanuel.com
Jonathan Cooper (DC Bar No. 999764) (*pro hac vice*)
    jonathancooper@quinnemanuel.com
777 Sixth Street NW, 11th Floor
Washington, DC  20001
Telephone:   (202) 538-8000

*Attorneys for Plaintiff*
*Americans for Prosperity Foundation*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>            Plaintiff,<br><br>    vs.<br><br>**KAMALA HARRIS,** in her Official Capacity as Attorney General of California,<br><br>            Defendant. | Case No.   2:14-cv-09448-R-FFM<br><br>**PLAINTIFF'S NOTICE OF CROSS-APPEAL**<br><br>Courtroom:   8 – 2nd Floor<br>Judge:   Hon. Manuel L. Real<br><br>Final Judgment Entered: April 21, 2016<br>Appeal Noticed: May 18, 2016 |

– 1 –
PLAINTIFF'S NOTICE OF CROSS-APPEAL

**NOTICE OF CROSS-APPEAL**

Pursuant to Fed. R. App. P. 4(a)(3), NOTICE IS HEREBY GIVEN that Plaintiff Americans for Prosperity Foundation appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered April 21, 2016, particularly to the extent the judgment has stopped short of facial invalidation and corresponding relief.

Dated:   May 31, 2016               Respectfully submitted,

                                    QUINN EMANUEL URQUHART &
                                    SULLIVAN LLP

                                    By_____
                                       Derek Shaffer

                                    *Attorneys for Plaintiff*
                                    *Americans for Prosperity Foundation*