QUINN EMANUEL URQUHART & SULLIVAN LLP
Harold Barza (California Bar No. 80888)
    halbarza@quinnemanuel.com
Carolyn Homer (California Bar No. 286441)
    carolynhomer@quinnemanuel.com
865 S Figueroa St, 10th Floor
Los Angeles, CA  90017
Telephone: (213) 443-3000

QUINN EMANUEL URQUHART & SULLIVAN LLP
William Burck (DC Bar No. 4015426) (*pro hac vice*)
    williamburck@quinnemanuel.com
Derek Shaffer (California Bar No. 212746)
    derekshaffer@quinnemanuel.com
Keith Forst (NY Bar No. 4746806) (*pro hac vice*)
    keithforst@quinnemanuel.com
Jonathan Cooper (DC Bar No. 999764) (*pro hac vice*)
    jonathancooper@quinnemanuel.com
777 Sixth Street NW, 11th Floor
Washington, DC  20001
Telephone:   (202) 538-8000

*Attorneys for Plaintiff*
*Americans for Prosperity Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>              Plaintiff,<br><br>       vs.<br><br>**KAMALA HARRIS,**<br>in her Official Capacity as Attorney General of California,<br><br>              Defendant. | Case No.    2:14-cv-09448-R-FFM<br><br>**PLAINTIFF'S CROSS-APPEAL REPRESENTATION STATEMENT**<br><br>Courtroom:    8 – 2nd Floor<br>Judge:    Hon. Manuel L. Real<br><br>Final Judgment Entered: April 21, 2016<br>Appeal Noticed: May 18, 2016 |

# REPRESENTATION STATEMENT

Pursuant to Local Circuit Rule 3-2 and Federal Rule of Appellate Procedure 12(b), Plaintiff and Cross-Appellant Americans for Prosperity Foundation, submits the following Representation Statement identifying all parties to the action along with the names, addresses, and telephone numbers of their respective counsel:

Plaintiff and Cross-Appellant Americans for Prosperity Foundation is represented in this matter by the following counsel:

QUINN EMANUEL URQUHART & SULLIVAN LLP

William Burck
 williamburck@quinnemanuel.com
Derek Shaffer
 derekshaffer@quinnemanuel.com
Eric Lyttle
 ericlyttle@quinnemanuel.com
Keith Forst
 keithforst@quinnemanuel.com
Jonathan Cooper
 jonathancooper@quinnemanuel.com
777 Sixth Street NW
11th Floor
Washington, DC 20001
Phone: 203-538-8000
Fax: 202-538-8123

Harold Barza
 halbarza@quinnemanuel.com
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017
Phone: 213-443-3000
Fax: 213-443-3100

Carolyn Homer
 carolynhomer@quinnemanuel.com
555 Twin Dolphin Drive
5th Floor
Redwood City, CA 94065
Phone: 650-801-5000
Fax: 650-801-5100

Defendant and Appellant Kamala D. Harris, Attorney General of California, is represented in this matter by the following counsel:

    Kamala D. Harris
        Attorney General of California
    Douglas J. Woods
        Senior Assistant Attorney General
    Tamar Pachter
        Supervising Deputy Attorney General
        Tamar.Pachter@doj.ca.gov
    Jose A. Zelidon-Zepeda
        Deputy Attorney General
        Jose.ZelidonZepeda@doj.ca.gov
    Kevin A. Calia
        Deputy Attorney General
        Kevin.Calia@doj.ca.gov
    Emmanuelle S. Soichet
        Deputy Attorney General
        Emmanuelle.Soichet@doj.ca.gov
    Alexandra Robert Gordon
        Deputy Attorney General
        Alexandra.RobertGordon@doj.ca.gov

    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
    Phone: 415-703-5509
    Fax: 415-703-5480

Dated: May 31, 2016         Respectfully submitted,

                              QUINN EMANUEL URQUHART & SULLIVAN LLP

                              By _____
                              Derek Shaffer

                              *Attorneys for Plaintiff*
                              *Americans for Prosperity Foundation*