# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (*Additional instructions on next page.*)

COURT USE ONLY
DUE DATE: _____

**1a. Contact Person for this Order:** Nick Newlin
**1b. Attorney Name (if different):** Alexandra Robert Gordon
**2a. Contact Phone Number:** 415-703-5990
**2b. Attorney Phone Number:** 415-703-5509
**3a. Contact E-mail Address:** Nick.Newlin@doj.ca.gov
**3b. Attorney E-mail Address:** Alexandra.RobertGordon@doj.ca.gov

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
California Department of Justice
455 Golden Gate Avenue, Ste. 11000
San Francisco, California 94102

**5. Name & Role of Party Represented:** Attorney General Kamala D. Harris, Defendant
**6. Case Name:** Americans for Prosperity v. Harris
**7a. District Court Case Number:** 2:14-cv-09448-R-FFM
**7b. Appeals Court Case Number:** 16-55727

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
[ ] DIGITALLY RECORDED   [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

**9. THIS TRANSCRIPT ORDER IS FOR:** [X] Appeal  [ ] Non-Appeal  [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

[ ] Criminal  [X] Civil

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

b. SELECT FORMAT(S) (CM/ECF access included with purchase of transcript.)

c. RELEASE OF TRANS. RESTRICTION DATE (Provide release date of efiled transcript, or check to certify none yet on file.)

d. DELIVERY TYPE (One per line, but check with court reporter before choosing any type but "ordinary.")

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION (If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.) | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | | DELIVERY |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2016 | Real | Hearing on Plaintiff's Motion to Compel & Defendant's Motion for Reconsideration | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: June 3, 2016    Signature: /s/ Nick Newlin

G-120 (3/16)