**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Americans for Prosperity Foundation<br><br>PLAINTIFF(S),<br>v.<br>Kamala Harris<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:14-cv-09448-R-FFM<br><br>NOTICE OF REASSIGNMENT OF CASE UPON RECEIPT OF MANDATE FROM THE NINTH CIRCUIT COURT OF APPEALS |

To Counsel of Record:

WHEREAS the within case having been returned on a mandate from the Ninth Circuit Court of Appeals

- ☒ remanding,
- ☐ reversing and remanding, or
- ☐ reversing in part
- ☐ other

the decision of U.S. District Judge  Manuel L. Real  and said mandate requiring that judicial action now be taken,

YOU ARE HEREBY NOTIFIED that this case has been randomly reassigned to U.S. District Judge  Christina A. Snyder  for all further proceedings.

The case number now reads:  2:14-cv-09448 CAS(FFMx) .  Please use this case number on all future filings.


Clerk, U.S. District Court

By  Martha Torres      213 894 3570
Deputy Clerk

cc:  U.S. District Judge
     Magistrate Judge
     Operations Manager
     Case Assignment Admin.
     ALL Counsel of Record

A-4 (07/14)     NOTICE OF REASSIGNMENT OF CASE UPON RECEIPT OF MANDATE FROM THE NINTH CIRCUIT COURT OF APPEALS