QUINN EMANUEL URQUHART
  & SULLIVAN LLP
Derek Shaffer (Cal. Bar No. 212746)
  derekshaffer@quinnemanuel.com
1300 I Street NW, 9th Floor
Washington, DC 20005
Telephone: (202) 538-8000

*Attorney for Plaintiff*
*Americans for Prosperity Foundation*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>          Plaintiff,<br><br>     v.<br><br>ROB BONTA,<br>in his Official Capacity as<br>Attorney General of California,<br><br>          Defendant. | Case No.  2:14-cv-09448-CAS-FFM<br><br>**NOTICE OF MOTION AND MOTION TO MODIFY JUDGMENT**<br><br>Hearing Date: October 25, 2021<br>Hearing Time: 10:00 a.m.<br>Judge:         Hon. Christina A. Snyder<br>Courtroom:    8D |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 25, 2021, or as soon thereafter as this matter may be heard in Courtroom 8D of the United States District Court for the Central District of California at 350 W. First Street, Los Angeles, CA 90012, Plaintiff Americans for Prosperity Foundation (the "**Foundation**") will and hereby does respectfully move the Court to modify the scope of the judgment issued on April 21, 2016, consistent with the Supreme Court's opinion issued on July 1, 2021, the Supreme Court's mandate issued on August 2, 2021, and the Ninth Circuit's mandate issued August 27, 2021.  *See* ECF Nos. 184, 203–05.  Specifically, the Foundation respectfully requests that the Court modify its judgment to (i) permanently enjoin Defendant Rob Bonta, in his official capacity as Attorney General of California (the "**Defendant**"), from requiring any registrant to file with the registry a periodic written report containing a copy of its Schedule B to IRS Form 990; and (ii) provide that no registrant shall be considered deficient or delinquent in its reporting requirement because it does not file its confidential Schedule B with the Defendant.

This motion is based on the Notice of Motion and Motion, the accompanying memorandum of points and authorities, the pleadings and papers on file in this action, the arguments of counsel, and any matters upon which the Court may or must take judicial notice.  Counsel for the Foundation first contacted counsel for the Defendant by email on August 27, 2021 to request Defendant's position on the relief sought in this motion; subsequently contacted counsel for Defendant by email on September 21, 2021 to seek its position on the specific modification to the Court's judgment sought in this motion; and met and conferred by telephone with Defendant on September 22, 2021 regarding the relief sought in this motion.  Counsel for Defendant has responded that it agrees that the Ninth Circuit's mandate contemplates further proceedings with respect to the scope of this Court's judgment, but informed counsel for the Foundation that it has not yet formulated a position as to how the judgment should be modified.

-2-

1

2  DATED:  September 23, 2021  Respectfully submitted,

3
   QUINN EMANUEL URQUHART &
4  SULLIVAN, LLP

5

6
                                By _____
7                                   DEREK L. SHAFFER
8                                   Attorneys for Plaintiff Americans for
                                    Prosperity Foundation
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28