1  QUINN EMANUEL URQUHART
    & SULLIVAN LLP
2  Derek Shaffer (Cal. Bar No. 212746)
    derekshaffer@quinnemanuel.com
3  1300 I Street NW, 9th Floor
   Washington, DC 20005
4  Telephone: (202) 538-8000

5

6  *Attorney for Plaintiff*
   *Americans for Prosperity Foundation*

7
                    UNITED STATES DISTRICT COURT
8                  CENTRAL DISTRICT OF CALIFORNIA
                        WESTERN DIVISION
9

10  AMERICANS FOR PROSPERITY              Case No.  2:14-cv-09448-CAS-FFM
    FOUNDATION,
11                                        MEMORANDUM IN SUPPORT OF
                                          MOTION TO MODIFY JUDGMENT
12          Plaintiff,

13      v.                                Hearing Date: October 25, 2021
                                          Hearing Time: 10:00 a.m.
14  ROB BONTA,                            Judge:        Hon. Christina A. Snyder
    in his Official Capacity as           Courtroom:    8D
15  Attorney General of California,

16          Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1        Plaintiff Americans for Prosperity Foundation (the "**Foundation**") respectfully
2   requests that this Court modify its judgment issued April 21, 2016, to expand the
3   scope of the permanent injunction to comport with the Supreme Court's opinion
4   issued July 1, 2021, the Supreme Court's mandate issued August 2, 2021, and the
5   Ninth Circuit's mandate issued August 27, 2021.   In support of this motion, the
6   Foundation states as follows:

7        1.   This Court entered a permanent injunction and judgment in favor of the
8   Foundation on April 21, 2016.   *See* Order for J. in Favor of Pl., ECF 184 (the
9   "**Judgment**").

10       2.   In the Judgment, the Court held that the "Schedule B disclosure
11  requirement [was] unconstitutional as-applied to" the Foundation.   *Id.* at 1.

12       3.   The Judgment "focuse[d] solely on [the Foundation's] as-applied
13  challenge." *Id.* at 2.

14       4.   In its Judgment, the Court entered a permanent injunction as follows:
15        IT IS HEREBY ORDERED that the Attorney General is
16        Permanently Enjoined from Requiring AFP to File with the
17        Registry a Periodic Written Report Containing a Copy of its
18        Schedule B to IRS Form 990. AFP Shall No Longer Be
19        Considered Deficient or Delinquent in its Reporting
20        Requirement because it Does Not File its Confidential
21        Schedule B with the Attorney General.
22  *Id.* at 12.

23       5.   On September 11, 2018, the Ninth Circuit reversed and vacated this
24  Court's judgment. *Ams. for Prosperity Found. v. Becerra*, 903 F.3d 1000, 1020 (9th
25  Cir. 2018).

26       6.   On March 29, 2019, the Ninth Circuit denied a timely petition for
27  rehearing en banc. *Ams. for Prosperity Found. v. Becerra*, 919 F.3d 1177 (9th Cir.
28  2019).

7.      After granting a timely petition for certiorari review, the Supreme Court issued its decision on July 1, 2021.  *Americans for Prosperity Found. v. Bonta*, 141 S. Ct. 2373, 2373, 2382 (2021).

8.      In its opinion, the Supreme Court held that "California's blanket demand for Schedule Bs is facially unconstitutional."  *Id.* at 2385.

9.      On August 2, 2021, the Supreme Court issued its judgment, which "reversed . . . and remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court."  *See* ECF 204 at 1, 4.

10.     On August 27, 2021, the Ninth Circuit issued its "mandate" affirming this Court's judgment and "remand[ing] for further proceedings consistent with the Supreme Court's opinion."  Order at 5, ECF 205.

11.     "[W]hen acting under an appellate court's mandate, an inferior court 'is bound by the decree as the law of the case; and must carry it into execution, according to the mandate.'"  *Vizcaino v. U.S. Dist. Ct. for W. Dist. of Wash.*, 173 F.3d 713, 719 (9th Cir. 1999) (quoting *In re Sanford Fork & Tool Co.*, 160 U.S. 247, 255 (1895)).

12.     On the same day the Ninth Circuit issued its mandate, counsel for the Foundation informed counsel for Defendant Rob Bonta, the Attorney General of California (the "**Defendant**"), that the Foundation understood the Ninth Circuit's mandate to contemplate that the permanent injunction would be adjusted and expanded consistent with the Supreme Court's facial invalidation of the demand at issue in this case.  Counsel for the Foundation further requested confirmation that the Defendant agreed with the Foundation's position.

13.     On September 2, 2021, counsel for the Defendant responded, "Our position is that, under the Ninth Circuit's remand order, further trial court proceedings 'consistent with the Supreme Court's opinion,' including with respect to the scope of the district court's judgment, are contemplated."  Counsel for Defendant did not state a position with respect to how the Judgment should be modified.

14.     On September 21, 2021, counsel for the Foundation notified counsel for the Defendant that, in light of the parties' impasse on stipulating to a deadline for the Foundation to move for attorneys' fees and costs, it intended to file this motion by no later than September 23, 2021.  Counsel for the Foundation further proposed that the Judgment be modified as follows:

> IT IS HEREBY ORDERED that the Attorney General is Permanently Enjoined from Requiring ~~AFP~~ Any Registrant to File with the Registry a Periodic Written Report Containing a Copy of its Schedule B to IRS Form 990. ~~AFP~~ No Registrant Shall ~~No Longer~~ Be Considered Deficient or Delinquent in its Reporting Requirement because it Does Not File its Confidential Schedule B with the Attorney General.

15.     On September 22, 2021, the parties met and conferred to discuss, among other things, this motion.

16.     During that conference, counsel for Defendant informed counsel for the Foundation that the Defendant was still reviewing the proposed language and had not formulated a position on modifying the Judgment, nor could counsel for the Defendant provide a date by which Defendant would be able to provide its position.

17.     The Foundation intends to continue to meet and confer with Defendant in an effort to reach agreement as to how to modify the Judgment, and hopes that the parties will be able to reach an agreement by the noticed hearing date, at the very latest.

Accordingly, the Foundation respectfully requests that this Court modify its Judgment to read as follows:

> IT IS HEREBY ORDERED that the Attorney General is Permanently Enjoined from Requiring Any Registrant to File with the Registry a Periodic Written Report Containing

1  a Copy of its Schedule B to IRS Form 990. No Registrant

2  Shall Be Considered Deficient or Delinquent in its

3  Reporting Requirement because it Does Not File its

4  Confidential Schedule B with the Attorney General.

5  DATED:  September 23, 2021          QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

6

7

8                                      By _____

9                                         DEREK L. SHAFFER
                                          Attorneys for Plaintiff Americans for
10                                         Prosperity Foundation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-