QUINN EMANUEL URQUHART
  & SULLIVAN LLP
Derek Shaffer (Cal. Bar No. 212746)
  derekshaffer@quinnemanuel.com
1300 I Street NW, 9th Floor
Washington, DC 20005
Telephone: (202) 538-8000

*Attorney for Plaintiff*
*Americans for Prosperity Foundation*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION**, <br><br> Plaintiff, <br><br> v. <br><br> **ROB BONTA**, in his Official Capacity as Attorney General of California, <br><br> Defendant. | Case No. 2:14-cv-09448-CAS-FFM <br><br> **NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING MOTION TO SET DATE AND [PROPOSED] ORDER MODIFYING JUDGMENT** <br><br> Hearing Date: October 25, 2021 <br> Hearing Time: 10:00 a.m. <br> Judge: Hon. Christina A. Snyder <br> Courtroom: 8D |

PLEASE TAKE NOTICE that Plaintiff Americans for Prosperity Foundation hereby lodges the attached [Proposed] Orders, accompanying Docket Entries 209 and 210, filed on September 23, 2021:

1. [Proposed] Order Granting Motion to Set Date of November 15, 2021 for Filing of Attorneys' Fees and Costs.
2. [Proposed] Order Modifying Judgment.

DATED: September 24, 2021          Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
DEREK L. SHAFFER
Attorneys for Plaintiff Americans for Prosperity Foundation