QUINN EMANUEL URQUHART & SULLIVAN LLP
Derek Shaffer (Cal. Bar No. 212746)
  derekshaffer@quinnemanuel.com
1300 I Street NW, 9th Floor
Washington, DC 20005
Telephone: (202) 538-8000

*Attorney for Plaintiff*
*Americans for Prosperity Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>          Plaintiff,<br><br>     v.<br><br>**ROB BONTA**, in his Official Capacity as Attorney General of California,<br><br>          Defendant. | Case No.  2:14-cv-09448-CAS-FFM<br><br>**[PROPOSED] ORDER MODIFYING JUDGMENT** |

     Having considered Plaintiff Americans For Prosperity Foundation's Motion to Modify Judgment, the Court hereby **MODIFIES** its judgment issued April 21, 2016 to the following:

**IT IS HEREBY ORDERED** that the Attorney General is Permanently Enjoined from Requiring Any Registrant to File with the Registry a Periodic Written Report Containing a Copy of its Schedule B to IRS Form 990. No Registrant Shall Be Considered Deficient or Delinquent in its Reporting Requirement because it Does Not File its Confidential Schedule B with the Attorney General.

DATED: _____

                              _____
                              The Honorable Christina A. Snyder
                              United States District Judge