ROB BONTA
Attorney General of California
HEATHER HOESTEREY
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3879
 Fax:  (415) 703-1234
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his Official Capacity as Attorney General of the State of California,**<br><br>Defendant. | 2:14-cv-09448-CAS-FFM<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO SET DATE FOR FILING A MOTION FOR ATTORNEYS' FEES AND COSTS, OR, IN THE ALTERNATIVE, FOR ATTORNEYS' FEES AND COSTS**<br><br>Date: October 25, 2021<br>Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: The Honorable Christina A. Snyder<br>Action Filed: 12/9/2014 |

## INTRODUCTION

This case involves a First Amendment challenge to a state law requirement that charities disclose donor information as part of their registration to solicit contributions in California. This Court held a bench trial in 2016, and ruled for Plaintiff Americans for Prosperity Foundation. That judgment was reversed by the Ninth Circuit. Subsequently, the Supreme Court granted Plaintiff's petition for a writ of certiorari, and ultimately held that the Schedule B requirement at issue violates the First Amendment.

Plaintiff now requests that this Court set a deadline of November 15, 2021 to file its Motion for Attorneys' Fees and Costs, or, In the Alternative, For Attorneys' Fees and Costs. (ECF No. 209.) To the extent Plaintiff's request is an extension of time to file its fees motion, Defendant does not object. However, Defendant requests that the deadline be extended to December 15, 2021. And Plaintiff's alternative request for Attorneys' Fees and Costs should be denied because it is unsupported and premature at this juncture.

## DISCUSSION

On April 21, 2016, this Court entered judgment granting Plaintiff relief on its as-applied challenge, and permanently enjoining Defendant "from requiring AFP to file" its Schedule B. *Am. for Prosperity Found. v. Harris*, 182 F. Supp. 3d 1049, 1059 (C.D. Cal. 2016). The Court rejected Plaintiff's facial challenge. *Id.* at 1052-53. Subsequently, the Court approved a stipulation to extend time to file a motion for attorneys' fees and costs until the resolution of all appeals from the judgment. (ECF No. 187.) The Supreme Court later granted Plaintiff's petition for a writ of certiorari, and ultimately held that the Schedule B requirement at issue violates the First Amendment. *Am. for Prosperity Found. v. Bonta*, 141 S. Ct. 2373 (2021).

As Plaintiff's motion indicates, the parties have been conferring regarding fees issues. (ECF No. 209-1 at 4-5.) Although Defendant does not agree with Plaintiff's assertions in its Motion, Defendant does not object to the requested

extension of time.  But to allow the parties adequate time to engage in ongoing negotiations, Defendant requests that the deadline to file any fees motion and supporting documentation be set to December 15, 2021.  To the extent Plaintiff moves this Court to award it any substantive relief, including an award of fees and costs, Defendant opposes that request, and requests the opportunity to submit a substantive response under Local Rule 54-7 and 7-3, if the Court is inclined to consider that request at this juncture.

## CONCLUSION

For these reasons, Defendant does not oppose Plaintiff's request to set a filing date for supplemental information regarding its requests for attorneys' fees. However, Defendant requests that the date be set to December 15, 2021.  Defendant otherwise opposes Plaintiff's motion.

Dated:  October 4, 2021              Respectfully submitted,

ROB BONTA
Attorney General of California
HEATHER HOESTEREY
Supervising Deputy Attorney General


/s/ *Jose A. Zelidon-Zepeda*
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity*

SA2014119809
Response to Motion to Set Fees Deadline.docx