QUINN EMANUEL URQUHART &
  SULLIVAN LLP
Derek Shaffer (California Bar No. 212746)
  derekshaffer@quinnemanuel.com
1300 I Street NW, 9th Floor
Washington, DC 20005
Telephone: (202) 538-8000

*Attorney for Plaintiff Americans for Prosperity Foundation*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>                Plaintiff,<br><br>        v.<br><br>**ROB BONTA,**<br>in his Official Capacity as<br>Attorney General of California,<br><br>                Defendant. | Case No. 2:14-cv-09448-CAS-FFM<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO MODIFY JUDGMENT SET FOR OCTOBER 25, 2021**<br><br>Hearing Date: October 25, 2021<br>Judge:        Hon. Christina A. Snyder<br>Courtroom:    8D |

Plaintiff Americans for Prosperity Foundation (the "**Foundation**") and Defendant Attorney General Rob Bonta (the "**Defendant**," and, together with the Foundation, the "**Parties**"), by and through their respective counsel hereby stipulate and agree as follows:

WHEREAS, the Foundation filed its Motion to Modify Judgment (the "**Motion**") on September 23, 2021, ECF 210;

WHEREAS, the Defendant informed the Foundation prior to the filing of the Motion that it agreed that the mandate of the Court of Appeals contemplated further proceedings but that it had not yet formulated a position as to how the judgment should be modified;

WHEREAS, the Foundation noticed the hearing on the Motion for October 25, 2021;

WHEREAS, the Court on September 24, 2021, "set[] a Status Conference re: Filing and Spreading the Mandate and Case" to take place on October 18, 2021, at 11:00 a.m. (the "**Status Conference**");

WHEREAS, the Defendant informed the Foundation on October 1, 2021, that the Defendant did not oppose the Motion but would like to confer regarding the specific wording of the modified judgment;

WHEREAS, the Defendant did not and does not intend to file an opposition to the Motion;

WHEREAS, the Parties agree that it would be more efficient to continue the hearing on the Motion pending the outcome of negotiations between the Parties as to the specific wording of the modified judgment;

WHEREAS, the Parties will be prepared to discuss, among other things, modification of the judgment at the Status Conference;

THEREFORE, pursuant to Local Rule 7.1, the Parties hereby stipulate and agree to continue the hearing on the Motion until such time as the Parties complete their negotiations as to the specific wording of the modified judgment.

| | | |
|---|---|---|
| 1 | DATED:  October 11, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By      */s/ Derek L. Shaffer*
　　　DEREK L. SHAFFER
　　　*Attorney for Plaintiff Americans for Prosperity Foundation*

ROB BONTA
Attorney General of California
HEATHER HOESTEREY
Supervising Deputy Attorney General

By      */s/ Jose A. Zelidon-Zepeda*
　　　JOSE A. ZELIDON-ZEPEDA
　　　*Attorneys for Defendant Attorney General Rob Bonta, in His Official Capacity*