QUINN EMANUEL URQUHART &
  SULLIVAN LLP
Derek Shaffer (California Bar No. 212746)
  derekshaffer@quinnemanuel.com
1300 I Street NW, 9th Floor
Washington, DC 20005
Telephone:  (202) 538-8000

*Attorney for Plaintiff Americans for Prosperity Foundation*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>            Plaintiff,<br><br>       v.<br><br>**ROB BONTA,**<br>in his Official Capacity as Attorney General of California,<br><br>            Defendant. | Case No.  2:14-cv-09448-CAS-FFM<br><br>**STIPULATION TO SET DEADLINE OF DECEMBER 20, 2021, FOR A MOTION FOR ATTORNEYS' FEES**<br><br>Judge:         Hon. Christina A. Snyder<br>Courtroom:   8D |

Plaintiff Americans for Prosperity Foundation (the "**Foundation**") and Defendant Attorney General Rob Bonta (the "**Defendant**," and, together with the Foundation, the "**Parties**"), by and through their respective counsel hereby stipulate and agree as follows:

WHEREAS, the Foundation filed on September 23, 2021, a Motion to Set a Date of November 15, 2021, for the Filing of a Motion for Attorneys' Fees and Costs, or, in the Alternative, for Attorneys' Fees and Costs;

WHEREAS, the Defendant subsequently stated in its Opposition, filed October 4, 2021, that it "does not object to the requested extension of time," but "request[ed] that the deadline to file any fees motion and supporting documentation be set to December 15, 2021";

WHEREAS, the parties will continue to meet and confer in an effort to settle the dispute over fees without intervention of the Court;

THEREFORE, pursuant to Local Rule 7.1, the Parties hereby stipulate and agree to the following briefing schedule:

- December 20, 2021: Deadline for Plaintiff to File Motion
- January 10, 2021: Deadline for Defendant's Opposition
- January 17, 2021: Deadline for Plaintiff's Reply
- January 31, 2021: Hearing on Plaintiff's Motion

DATED: October 22, 2021          Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By      /s/ Derek L. Shaffer
　　　DEREK L. SHAFFER
　　　*Attorney for Plaintiff Americans for Prosperity Foundation*

1
2                       ROB BONTA
3                       Attorney General of California
                        HEATHER HOESTEREY
4                       Supervising Deputy Attorney General
5
6
7                     By      */s/ Jose A. Zelidon-Zepeda*
                            JOSE A. ZELIDON-ZEPEDA
8                       *Attorneys for Defendant Attorney General*
9                       *Rob Bonta, in His Official Capacity*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28