1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>            Plaintiff,<br><br>      v.<br><br>**ROB BONTA,**<br>in his Official Capacity as<br>Attorney General of California,<br><br>            Defendant. | Case No.  2:14-cv-09448-CAS-FFM<br><br>[~~PROPOSED~~]  **ORDER GRANTING STIPULATION TO MODIFY JUDGMENT**<br>[222]<br><br>Judge:      Hon. Christina A. Snyder<br>Courtroom:   8D |

1 | This matter is before the Court on Plaintiff Americans for Prosperity
2 | Foundation's and Defendant Rob Bonta's Stipulation to Modify Judgment.
3 | **THE STIPULATION IS HEREBY GRANTED.**
4 | **IT IS HEREBY ORDERED** that the Attorney General is Permanently
5 | Enjoined from Requiring Any Registrant to File with the Registry a Periodic Written
6 | Report Containing a Copy of its Schedule B to IRS Form 990. No Registrant Shall Be
7 | Considered Deficient or Delinquent in its Reporting Requirement because it Does Not
8 | File its Confidential Schedule B with the Attorney General's Registry.

DATED: ___December 9___, 2021

By: *Christina A. Snyder*

Hon. Christina A. Snyder
United States District Judge