1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>          Plaintiff,<br><br>     v.<br><br>**ROB BONTA,**<br>in his Official Capacity as<br>Attorney General of California,<br><br>          Defendant. | Case No.  2:14-cv-09448-CAS-FFM<br><br>**ORDER     GRANTING  STIPULATION    TO STAY   DEADLINES PENDING SETTLEMENT**<br><br>Judge:        Hon. Christina A. Snyder<br>Courtroom:   8D |

1     This matter is before the Court on Plaintiff Americans for Prosperity

2  Foundation's and Defendant Rob Bonta's Stipulation to Stay Deadlines Pending

3  Settlement.

4     **THE STIPULATION IS HEREBY GRANTED.**

5     **IT IS HEREBY ORDERED** that all pending deadlines are stayed until the

6  parties file with the Court a stipulation that this action may be dismissed.

7

8   DATED: December 21, 2021

Hon. Christina A. Snyder

9

10                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28