Rob Bonta
Attorney General of California
Mark Beckington
Supervising Deputy Attorney General
Jose A. Zelidon-Zepeda
Deputy Attorney General
State Bar No. 227108
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3879
  Fax:  (415) 703-1234
  E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendant Attorney General Rob
Bonta, in his official capacity*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION,**<br><br>Plaintiff,<br><br>**v.**<br><br>**ROB BONTA, in his Official Capacity as Attorney General of the State of California,**<br><br>Defendant. | 2:14-cv-09448-CAS-FFM<br><br>**STIPULATION AND JOINT REQUEST FOR DISMISSAL**<br><br>Judge:        The Honorable Christina A. Snyder<br>Action Filed: 12/9/2014 |

Plaintiff Americans for Prosperity Foundation, and Defendant Rob Bonta, Attorney General for the State of California, sued in his official capacity, agree and stipulate as follows:

1.     On December 9, 2014, Plaintiff filed the complaint in this lawsuit.

2.     On April 21, 2016, this Court entered judgment in favor of Plaintiff, granting relief on Plaintiff's as-applied challenge under the First Amendment. (ECF No. 184.)

3.     Further proceedings ensued at the Ninth Circuit Court of Appeals and the United States Supreme Court.  On July 1, 2021, the Supreme Court issued an opinion, concluding that this Court "correctly entered judgment in favor of [Plaintiff] and permanently enjoined the Attorney General from collecting their Schedule Bs," and remanded for further proceedings consistent with its opinion. *Americans for Prosperity Foundation v. Bonta*, 141 S. Ct. 2373 (2021).

4.     On August 27, 2021, the Ninth Circuit issued an order affirming this Court's judgment on Plaintiff's First Amendment claim and remanding the case for further proceedings.  *Americans for Prosperity Foundation v. Bonta*, 9 F.4th 1216 (9th Cir. 2021).  Subsequently, this Court entered an order granting the parties' stipulation to modify the judgment in this Action.  (ECF No. 223.)  Plaintiff and Defendant expressly agree that the modified judgment (ECF No. 223) survives the dismissal of this action.

5.     On December 21, 2021, the Court stayed all deadlines "until the parties file with the Court a stipulation that this action may be dismissed."  (ECF No. 225.)

6.  Plaintiff and Defendant reached an agreement regarding attorneys' fees and costs, and Plaintiff has received payment.  Accordingly, the parties jointly request that the Court enter an order dismissing this action.

Dated:  August 1, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Derek L. Shaffer*
DEREK L. SHAFFER
*Attorney for Plaintiff Americans for Prosperity Foundation*

1

2    Dated:  August 1, 2022

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General


/s/ *Jose A. Zelidon-Zepeda*
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity*

SA2014119809
43001793.docx

# CERTIFICATE OF SERVICE

Case Name: **Americans for Prosperity**          No.    **2:14-cv-09448-CAS-FFM**
**Foundation v. Kamala Harris**

I hereby certify that on <u>August 2, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND JOINT REQUEST FOR DISMISSAL**

**[PROPOSED] ORDER DISMISSING ACTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 2, 2022</u>, at San Francisco, California.

|  |  |
|---|---|
| R. Caoile | */s/ R. Caoile* |
| Declarant | Signature |

SA2014119809
43335521.docx